# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### Conciliation Conference:

| | |
|---|---|
| Debtor: | BERNARD F. & JODI M. MURPHY |
| Case Number: | 17-23771-JAD    Chapter: 13 |
| Date / Time / Room: | THURSDAY, MARCH 29, 2018  10:30 AM   3251 US STEEL |
| Hearing Officer: | CHAPTER 13 TRUSTEE |

FILED
4/2/18 3:15 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### Matter:

#2 - Final Confirmation of Plan Dated 9/9/2017 (NFC)
+Objections By: LoanDepot.com, LLC
R / M #: 2 / 0

### Appearances:

Debtor: Rosenblum
Trustee: Winnecour / Pail / **Katz** / DeSimone
Creditor:

*[Handwritten note: Debtor specially classified US Bank/ Great Lakes because there was a co-signer (Nancy Murphy)]*

### Proceedings:

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to **6/14/18** at **9:30 AM**
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

*[Handwritten note: Asked for justification for 3 vehicles.]*

3/23/2018    1:05:49PM