**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: ) | |
| ) | |
| BERNARD F. MURPHY, and ) | |
| JODI M. MURPHY ) | Bankruptcy No.: 17-23771-JAD |
|     Debtor(s). ) | |
| ) | |
| ) | Chapter 13 |
| BERNARD F. MURPHY, ) | |
| SSN# XXX-XX-5014 ) | |
|     Movant, ) | |
| ) | Related to |
| v. ) | Document No.: 49 |
| ) | |
| BRAYMAN CONSTRUCTION ) | |
| CORPORATION, ) | |
|     Respondent. ) | |
| ) | |
| RONDA J. WINNECOUR, Trustee. ) | |

**ORDER TERMINATING WAGE ATTACHMENT**

    Upon the Motion of the Debtor, Bernard Murphy, to terminate the Wage Attachment Order in this case, for good cause shown, the Wage Attachment Order is hereby terminated.

    It is further ORDERED that all income of the debtor, except the amounts required to be withheld for taxes, social security, insurance, pension, or union dues, be paid to the debtor in accordance with usual payment procedures.

    IT IS FURTHER ORDERED THAT NO OTHER DEDUCTIONS FOR GARNISHMENT, WAGE ASSIGNMENT, CREDIT UNION OR OTHER PURPOSE NOT SPECIFICALLY AUTHORIZED BY THIS COURT BE MADE FROM THE INCOME OF DEBTOR WITH THE EXCEPTION OF ANY SUPPORT PAYMENTS.

    It is further ORDERED that this order supersedes previous orders made to the above-named entity in this case.

    It is further ORDERED that the above-named entity shall not charge any fee to the debtor for the administration of this attachment order, except as may be allowed upon application to and order of this Court.

    DATED this ___11th___ day of ___February___, 20_19_.

                                          Judge Jeffery A. Deller   sjk
                                          United States Bankruptcy Court

cc: Debtor(s)
    Attorney for Debtor(s)
    Office of the Standing Chapter 13 Trustee

FILED
2/11/19 9:18 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Bernard F. Murphy  
Jodi M. Murphy  
    Debtors

Case No. 17-23771-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: bsil     Page 1 of 1     Date Rcvd: Feb 11, 2019  
                     Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 13, 2019.
db/jdb     +Bernard F. Murphy,    Jodi M. Murphy,    123 Burton Drive,    Kittanning, PA 16201-3601

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                           TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 13, 2019                                        Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 11, 2019 at the address(es) listed below:
          Dai Rosenblum    on behalf of Joint Debtor Jodi M. Murphy Jody@dairosenblumbankruptcy.com,
           pjbz@zoominternet.net;Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com
          Dai Rosenblum    on behalf of Debtor Bernard F. Murphy Jody@dairosenblumbankruptcy.com,
           pjbz@zoominternet.net;Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com
          James Warmbrodt    on behalf of Creditor    LoanDepot.com, LLC bkgroup@kmllawgroup.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
           Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                                   TOTAL: 6