# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | ) |
| | ) |
| BERNARD F. MURPHY, and | ) Bankruptcy No.: 17-23771-JAD |
| JODI M. MURPHY, | ) |
| Debtors. | ) Chapter: 7 |
| | ) |
| BERNARD F. MURPHY, and | ) |
| JODI M. MURPHY, | ) Related to Document No.: 44 |
| Movants. | ) |
| | ) Hearing Date: 03/06/2019 |
| v. | ) |
| | ) Hearing Time: 10:00 AM |
| NO RESPONDENT. | ) |
| | ) Response Deadline: 02/25/2019 |
| RONDA J. WINNECOUR, Trustee. | ) |

**CERTIFICATE OF NO OBJECTION REGARDING MOTION TO EMPLOY REALTOR**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion to Employ Realtor filed on February 6, 2019 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion to Employ Realtor appears thereon. Pursuant to the Notice of Hearing, objections to the Motion to Employ Realtor were to be filed and served no later than February 25, 2019.

It is hereby respectfully requested that the Order attached to the Motion to Employ Realtor be entered by the Court.

February 26, 2019

/s/ Dai Rosenblum
Dai Rosenblum, for the Debtors
254 New Castle Road, Suite B
Butler, PA  16001-2529
(724) 283-2900 PA ID No. 31802
dai@dairosenblumbankruptcy.com