**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re: ) | |
| ) | |
| BERNARD F. MURPHY, and ) | Bankruptcy No.: 17-23771-JAD |
| JODI M. MURPHY, ) | |
|     Debtors. ) | Chapter: 13 |
| ) | |
| BERNARD F. MURPHY, and ) | Related to |
| JODI M. MURPHY, ) | Document No.: 62 |
|     Movants. ) | |
| ) | Hearing Date: 06/26/2019 |
| v. ) | |
| ) | Hearing Time: 10:00 AM |
| NO RESPONDENT. ) | |
| ) | Response Deadline: 06/14/2019 |
| RONDA J. WINNECOUR, Trustee. ) | |

### ORDER APPROVING RETENTION OF REALTOR/BROKER

AND NOW, this __20th__ day of __June__, 20__19__, upon consideration of the MOTION FOR APPROVAL TO EMPLOY REALTOR, it is ORDERED, ADJUDGED and DECREED as follows:

    1. The above referenced Application is hereby approved as of the date the Application was filed.

    2. Melissa Barker, of Berkshire Hathaway HomeServices, 119 Mulone Drive, Sarver, Pennsylvania, 16055 is hereby appointed as Realtor for the Debtor in this bankruptcy proceeding pursuant to the terms described in the Listing Agreement attached to the Motion for the purpose of acting as the Debtor's agent in connection with the sale of real estate located at 123 Burton Drive, Kittanning, Pennsylvania 16201. A realtor commission in the amount of 6% plus a brokers fee of $295.00, on the sale price, is tentatively approved, subject to final court order.

    3. Professional persons or entities performing services in the above case are advised that approval of fees for professional services will be based on other factors as well including results accomplished, the time and labor reasonably required by the applicant to

perform the task(s) involved, the customary fee for similar services, the time limitations imposed by the retention or the circumstances encountered while performing the services, the relationship of the services, if any, to the ultimate bid amount for the subject property, and the extent and nature of awards in similar cases.

4. Approval of any application for appointment of a professional in which certain fees are requested is not an agreement by the Court to allow such fees in the requested amount. Final compensation, as awarded by the Court after notice and hearing, may be more or less than the requested amount based on application of the above criteria.

5. Applicant shall serve the within Order on all interested parties and file a certificate of service.

_____ sjk
Judge Jeffery A. Deller
United States Bankruptcy Court

FILED
6/20/19 11:37 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Bernard F. Murphy
Jodi M. Murphy
    Debtors

Case No. 17-23771-JAD
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2    User: bsil    Page 1 of 1    Date Rcvd: Jun 20, 2019
                     Form ID: pdf900   Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 22, 2019.
db/jdb      +Bernard F. Murphy,   Jodi M. Murphy,   123 Burton Drive,   Kittanning, PA 16201-3601

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.    TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 22, 2019          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 20, 2019 at the address(es) listed below:
      Dai Rosenblum    on behalf of Joint Debtor Jodi M. Murphy Jody@dairosenblumbankruptcy.com,
       pjbz@zoominternet.net;Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com
      Dai Rosenblum    on behalf of Debtor Bernard F. Murphy Jody@dairosenblumbankruptcy.com,
       pjbz@zoominternet.net;Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com
      James Warmbrodt    on behalf of Creditor   LoanDepot.com, LLC bkgroup@kmllawgroup.com
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
      S. James Wallace    on behalf of Creditor   Peoples Natural Gas Company LLC sjw@sjwpgh.com,
       Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                             TOTAL: 6