**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
BERNARD F. MURPHY                                Case No. 17-23771JAD
JODI M. MURPHY

        Debtor(s)
RONDA J. WINNECOUR,                              Chapter 13
Standing Chapter 13 Trustee,

        Movant                                Document No __
   vs.
US BANK

        Respondents

**NOTICE OF FUNDS ON RESERVE**

   The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

   The creditor has returned a check from the Trustee.  No further payments will be issued on this debt until the creditor satisfactorily explains the returned check and acknowledges that it will accept future payments.

CREDITOR CANNOT LOCATE ACCOUNT.  THIS APPEARS TO BE A COSIGNED LOAN FOR WHICH NO PROOF OF CLAIM WAS FILED.  IT'S POSSIBLE THE COSIGNER IS "NANCY MURPHY".  NO ADDITIONAL INFORMATION IS KNOWN BY TRUSTEE.

US BANK                                          Court claim# /Trustee CID# 41
C/O GREAT LAKES HIGHER EDUCATION
PO BOX 7860
MADISON, WI 53707


The Movant further certifies that on 07/17/2019 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

cc: debtor(s)
    original creditor
    putative creditor
    counsel for debtor(s)
    counsel for the creditor(s) (if known)

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

DEBTOR(S):
BERNARD F. MURPHY, JODI M. MURPHY, 123 BURTON DRIVE, KITTANNING, PA  16201

ORIGINAL CREDITOR:
US BANK, C/O GREAT LAKES HIGHER EDUCATION, PO BOX 7860, MADISON, WI  53707

NEW CREDITOR:

DEBTOR'S COUNSEL:
DAI ROSENBLUM ESQ, 254 NEW CASTLE RD STE B, BUTLER, PA  16001