**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

08/19/2019

IN RE:

BERNARD F. MURPHY
JODI M. MURPHY
123 BURTON DRIVE
KITTANNING,  PA  16201
XXX-XX-9376          Debtor(s)

XXX-XX-5541

Case No.17-23771 JAD

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known. In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

8/19/2019

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Additional |
|---|---|---|
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br><br>NORFOLK, VA  23541 | Trustee Claim Number:1   INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  WALMART/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.:  0463 |
| **ALLY FINANCIAL(\*)**<br>ATTN TRUSTEE PAYMENT CENTER<br>PO BOX 78367<br><br>PHOENIX, AZ  85062-8367 | Trustee Claim Number:2   INT %: 0.00%<br>Court Claim Number:3<br><br>CLAIM:  0.00<br>COMMENT:  PMT/CL-PL*631.89 X (60+2)=LMT | CRED DESC:  VEHICLE<br>ACCOUNT NO.:  7010 |
| **ALLY BANK(\*)**<br>ATTN TRUSTEE PAYMENT CENTER<br>PO BOX 78367<br><br>PHOENIX, AZ  85062-8367 | Trustee Claim Number:3   INT %: 5.55%<br>Court Claim Number:4<br><br>CLAIM:  17,550.00<br>COMMENT:  20642.34@ALLY FINANCIAL/PL@K*PL=K*W/48 | CRED DESC:  VEHICLE<br>ACCOUNT NO.:  0527 |
| **LOANDEPOT.COM**<br>C/O CENLAR FSB\*\*<br>425 PHILLIPS BLVD<br><br>EWING, NJ  08618 | Trustee Claim Number:4   INT %: 0.00%<br>Court Claim Number:26<br><br>CLAIM:  0.00<br>COMMENT:  CL26GOV*PMT/DECLR*DKT4PMT-LMT*1429.47/PL | CRED DESC:  MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.:  9129 |
| **TOYOTA MOTOR CREDIT/LEXUS\*\***<br>POB 9490\*\*<br><br>CEDAR RAPIDS, IA  52409-9490 | Trustee Claim Number:5   INT %: 5.70%<br>Court Claim Number:13<br><br>CLAIM:  20,121.03<br>COMMENT:  20715.68@5.7%/PL@K*PL=K | CRED DESC:  VEHICLE<br>ACCOUNT NO.:  5167 |
| **INTERNAL REVENUE SERVICE\***<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br><br>PHILADELPHIA, PA  19101-7317 | Trustee Claim Number:6   INT %: 0.00%<br>Court Claim Number:5<br><br>CLAIM:  1,667.31<br>COMMENT:  15,16/SCH-PL*1765.06@0%/PL | CRED DESC:  PRIORITY CREDITOR<br>ACCOUNT NO.:  9376 |
| **AES (AMERICAN EDUCATION SRVCS)**<br>1200 N SEVENTH ST 2ND FL\*<br>ATTN DDB TEAM<br><br>HARRISBURG, PA  17104-1444 | Trustee Claim Number:7   INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  PNC/SCH*COMBINED @ 11 | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  19PA |
| **AES (AMERICAN EDUCATION SRVCS)**<br>1200 N SEVENTH ST 2ND FL\*<br>ATTN DDB TEAM<br><br>HARRISBURG, PA  17104-1444 | Trustee Claim Number:8   INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  PNC/SCH*COMBINED @ 11 | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  19PA |
| **AES (AMERICAN EDUCATION SRVCS)**<br>1200 N SEVENTH ST 2ND FL\*<br>ATTN DDB TEAM<br><br>HARRISBURG, PA  17104-1444 | Trustee Claim Number:9   INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  PNC/SCH*COMBINED @ 11 | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  19PA |
| **AES (AMERICAN EDUCATION SRVCS)**<br>1200 N SEVENTH ST 2ND FL\*<br>ATTN DDB TEAM<br><br>HARRISBURG, PA  17104-1444 | Trustee Claim Number:10  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  PNC/SCH*COMBINED @ 11 | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  19PA |

| Creditor | Trustee Claim Info | Cred Desc / Account |
|---|---|---|
| **ECMC(*)**<br>LOCKBOX #8682<br>PO BOX 16478<br>ST PAUL, MN 55116-0478 | Trustee Claim Number: 11  INT %: 0.00%<br>Court Claim Number: 6<br>CLAIM: 3,659.31<br>COMMENT: 19PA/SCH*FR PNC C/O PHEAA-DOC 37 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5541 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br>NORFOLK, VA 23541 | Trustee Claim Number: 12  INT %: 0.00%<br>Court Claim Number: 12<br>CLAIM: 3,238.40<br>COMMENT: 1393/SCH*BARCLAYS | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2883 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br>NORFOLK, VA 23541 | Trustee Claim Number: 13  INT %: 0.00%<br>Court Claim Number: 15<br>CLAIM: 1,260.79<br>COMMENT: NO ACCT/SCH*SEARS/ORCHARD BANK | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8725 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br>NORFOLK, VA 23541 | Trustee Claim Number: 14  INT %: 0.00%<br>Court Claim Number: 10<br>CLAIM: 5,929.70<br>COMMENT: 3176/SCH*CAPITAL ONE | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8196 |
| **JPMORGAN CHASE BANK NA**<br>PO BOX 15298<br>WILMINGTON, DE 19850 | Trustee Claim Number: 15  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **JPMORGAN CHASE BANK NA**<br>PO BOX 15298<br>WILMINGTON, DE 19850 | Trustee Claim Number: 16  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **LVNV FUNDING LLC, ASSIGNEE**<br>C/O RESURGENT CAPITAL SVCS<br>POB 10587<br>GREENVILLE, SC 29603-0587 | Trustee Claim Number: 17  INT %: 0.00%<br>Court Claim Number: 17<br>CLAIM: 7,550.52<br>COMMENT: CITIBANK | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4351 |
| **CITIZENS BANK NA(*)**<br>1 CITIZENS DR<br>MS ROP15B<br>RIVERSIDE, RI 02915 | Trustee Claim Number: 18  INT %: 0.00%<br>Court Claim Number: 2<br>CLAIM: 3,307.41<br>COMMENT: NO ACCT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3162 |
| **QUANTUM3 GROUP LLC AGNT - MOMA FUNDING**<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | Trustee Claim Number: 19  INT %: 0.00%<br>Court Claim Number: 28<br>CLAIM: 1,479.32<br>COMMENT: VICTORIAS SECRET/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4833 |
| **QUANTUM3 GROUP LLC AGNT - MOMA FUNDING**<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | Trustee Claim Number: 20  INT %: 0.00%<br>Court Claim Number: 27<br>CLAIM: 5,252.73<br>COMMENT: PETLAND/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7437 |

| Creditor | Trustee Claim / Court Claim | Credit Description |
|---|---|---|
| **QUANTUM3 GROUP LLC AGNT - MOMA FUNDING**<br>PO BOX 788<br>KIRKLAND, WA  98083-0788 | Trustee Claim Number: 21  INT %: 0.00%<br>Court Claim Number: 29<br>CLAIM: 338.78<br>COMMENT: PETLAND/SCH*COMENITY CAPITAL | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0483 |
| **COMENITY BANK**<br>PO BOX 182272<br>COLUMBUS, OH  43218 | Trustee Claim Number: 22  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~TRWRDS/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **INTERNAL REVENUE SERVICE***<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br>PHILADELPHIA, PA  19101-7317 | Trustee Claim Number: 23  INT %: 0.00%<br>Court Claim Number: 5<br>CLAIM: 107.15<br>COMMENT: 08/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9376 |
| **CAPITAL ONE NA****<br>C/O BECKET & LEE LLP<br>PO BOX 3001<br>MALVERN, PA  19355-0701 | Trustee Claim Number: 24  INT %: 0.00%<br>Court Claim Number: 11<br>CLAIM: 737.34<br>COMMENT: 7917~CAP 1/SCH*KOHLS | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9499 |
| **LENDING CLUB CORP**<br>DEPT 34268<br>PO BOX 39000<br>SAN FRANCISCO, CA  94139 | Trustee Claim Number: 25  INT %: 0.00%<br>Court Claim Number: 9<br>CLAIM: 25,976.94<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0374 |
| **LVNV FUNDING LLC, ASSIGNEE**<br>C/O RESURGENT CAPITAL SVCS<br>POB 10587<br>GREENVILLE, SC  29603-0587 | Trustee Claim Number: 26  INT %: 0.00%<br>Court Claim Number: 18<br>CLAIM: 16,259.58<br>COMMENT: 7004/SCH*LENDING CLUB | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1466 |
| **QUANTUM3 GROUP LLC AGNT - MOMA FUNDING**<br>PO BOX 788<br>KIRKLAND, WA  98083-0788 | Trustee Claim Number: 27  INT %: 0.00%<br>Court Claim Number: 25<br>CLAIM: 338.31<br>COMMENT: LUMBER LQDTRS/SCH*SYNCHRONY BANK | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5134 |
| **DEPARTMENT STORES NATIONAL BANK**<br>C/O QUANTUM3 GROUP LLC<br>PO BOX 657<br>KIRKLAND, WA  98083-0657 | Trustee Claim Number: 28  INT %: 0.00%<br>Court Claim Number: 14<br>CLAIM: 1,654.29<br>COMMENT: 1251/SCH*MACYS | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8870 |
| **DEPARTMENT STORES NATIONAL BANK/MACYS**<br>C/O NCO FINANCIAL SYSTEMS INC<br>PO BOX 4275<br>NORCROSS, GA  30091 | Trustee Claim Number: 29  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4026 |
| **DEPARTMENT OF EDUCATION/MOHELA**<br>PO BOX 105347<br>ATLANTA, GA  30348 | Trustee Claim Number: 30  INT %: 0.00%<br>Court Claim Number: 1<br>CLAIM: 24,330.22<br>COMMENT: 4KMO/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5541 |

Case 17-23771-JAD   Doc 70   Filed 08/19/19   Entered 08/19/19 15:36:16   Desc
Page 6 of 8

# CLAIM RECORDS

| Creditor | Trustee Claim / Court Claim | Claim Amount | Cred Desc / Account | Comment |
|---|---|---|---|---|
| **ISAC (IL STUDENT ASST COMM)*** <br> POB 235* <br> DEERFIELD, IL 60015 | Trustee Claim Number: 31  INT %: 0.00% <br> Court Claim Number: 19-2 | CLAIM: 18,646.69 | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 9376 | 2006/SCH*AMD |
| **PAYPAL CREDIT** <br> PO BOX 105658 <br> ATLANTA, GA 30348-5658 | Trustee Claim Number: 32  INT %: 0.00% <br> Court Claim Number: | CLAIM: 0.00 | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 5097 | |
| **BILL ME LATER INC A/S/F SYNCHRONY BANK** <br> C/O WEINSTEIN & RILEY PS <br> PO BOX 3978 <br> SEATTLE, WA 98124-3978 | Trustee Claim Number: 33  INT %: 0.00% <br> Court Claim Number: 30 | CLAIM: 3,123.63 | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 9011 | PAYPAL*FR COMMENITY CAPITAL BANK-DOC 41 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC** <br> PO BOX 12914 <br> NORFOLK, VA 23541 | Trustee Claim Number: 34  INT %: 0.00% <br> Court Claim Number: 20 | CLAIM: 7,625.03 | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 0603 | SEARS/CITI |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC** <br> PO BOX 12914 <br> NORFOLK, VA 23541 | Trustee Claim Number: 35  INT %: 0.00% <br> Court Claim Number: 7-2 | CLAIM: 6,459.36 | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 7037 | SYNCHRONY BANK~AMERICAN EAGLE*AMD |
| **QUANTUM3 GROUP LLC AGNT - MOMA FUNDING** <br> PO BOX 788 <br> KIRKLAND, WA 98083-0788 | Trustee Claim Number: 36  INT %: 0.00% <br> Court Claim Number: 22 | CLAIM: 3,913.11 | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 8335 | AMAZON/SCH*SYNCHRONY BANK |
| **QUANTUM3 GROUP LLC AGNT - MOMA FUNDING** <br> PO BOX 788 <br> KIRKLAND, WA 98083-0788 | Trustee Claim Number: 37  INT %: 0.00% <br> Court Claim Number: 21 | CLAIM: 1,294.21 | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 3820 | AMERICAN EAGLE/SCH*SYNCHRONY BANK |
| **QUANTUM3 GROUP LLC AGNT - MOMA FUNDING** <br> PO BOX 788 <br> KIRKLAND, WA 98083-0788 | Trustee Claim Number: 38  INT %: 0.00% <br> Court Claim Number: 24 | CLAIM: 977.65 | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 8372 | JCP/SCH*SYNCHRONY BANK |
| **QUANTUM3 GROUP LLC AGNT - MOMA FUNDING** <br> PO BOX 788 <br> KIRKLAND, WA 98083-0788 | Trustee Claim Number: 39  INT %: 0.00% <br> Court Claim Number: 23 | CLAIM: 3,330.29 | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 8016 | SAMS CLUB/SCH*SYNCHRONY BANK |
| **SYNCHRONY BANK** <br> C/O PRA RECEIVABLES MANAGEMENT LLC <br> PO BOX 41021 <br> NORFOLK, VA 23541 | Trustee Claim Number: 40  INT %: 0.00% <br> Court Claim Number: | CLAIM: 0.00 | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 3172 | NT ADR~WALMART/SCH |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **US BANK**<br>C/O GREAT LAKES HIGHER EDUCATION<br>PO BOX 7860<br>MADISON, WI 53707 | Trustee Claim Number: 41  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 7,301.00<br>COMMENT: PAY/PL@PIF/CONF*$@0%/PL*DK*NTC-RSV | CRED DESC: UNSECURED (S)<br>ACCOUNT NO.: 9598 |
| **CLIENT SERVICES**<br>3451 HARRY TRUMAN BLVD<br>ST CHARLES, MO 63301-4047 | Trustee Claim Number: 42  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **EGS FINANCIAL CARE++**<br>507 PRUDENTIAL DR<br>HORSHAM, PA 19044 | Trustee Claim Number: 43  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **GC SERVICES**<br>6330 GULFTON STREET<br>POB 3026<br>HOUSTON, TX 77081 | Trustee Claim Number: 44  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **SIMM ASSOC INC**<br>POB 7526<br>NEWARK, DE 19714-7526 | Trustee Claim Number: 45  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **UNITED COLLECTION BUREAU INC**<br>5620 SOUTHWYCK BLVD<br>TOLEDO, OH 43614 | Trustee Claim Number: 46  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **NANCY MURPHY**<br>10814 S MAPLEWOOD<br>CHICAGO, IL 60655 | Trustee Claim Number: 47  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: /SCH H | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **ALLY BANK(*)**<br>ATTN TRUSTEE PAYMENT CENTER<br>PO BOX 78367<br>PHOENIX, AZ 85062-8367 | Trustee Claim Number: 48  INT %: 0.00%<br>Court Claim Number: 4<br>CLAIM: 2,625.26<br>COMMENT: NO GEN UNS/SCH*W/3 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0527 |
| **PEOPLES NATURAL GAS CO LLC***<br>ATTN BANKRUPTCY DEPARTMENT<br>375 NORTH SHORE DR<br>PITTSBURGH, PA 15212 | Trustee Claim Number: 49  INT %: 0.00%<br>Court Claim Number: 8<br>CLAIM: 299.24<br>COMMENT: NTC ONLY/PRAE | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0387 |
| **LVNV FUNDING LLC, ASSIGNEE**<br>C/O RESURGENT CAPITAL SVCS<br>POB 10587<br>GREENVILLE, SC 29603-0587 | Trustee Claim Number: 50  INT %: 0.00%<br>Court Claim Number: 16<br>CLAIM: 564.11<br>COMMENT: NT/SCH*HSBC | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9771 |

CLAIM RECORDS

| | | |
|---|---|---|
| **LOANDEPOT.COM** | Trustee Claim Number:51  INT %: 0.00% | CRED DESC: MORTGAGE ARR. |
| C/O CENLAR FSB** | Court Claim Number:26 | ACCOUNT NO.: 9129 |
| 425 PHILLIPS BLVD | | |
| | CLAIM: 1,631.64 | |
| EWING, NJ  08618 | COMMENT: CL26GOV*NT PROV/PL*THRU 9/17 | |

Case 17-23771-JAD    Doc 70    Filed 08/19/19    Entered 08/19/19 15:36:16    Desc
Page 8 of 8