**DEFAULT O/E JAD**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:  )  <br>Bernard F. Murphy  )  <br>Jodi M. Murphy  )  <br>    Debtor(s)  )  <br>_____ ) <br>Ronda J. Winnecour, Chapter 13  )  <br>Trustee,  )  <br>    Movant,  )  <br>      Vs.  )  <br>LVNV Funding, LLC its successors and  )  <br>assigns as assignee of FFPM Carmel  )  <br>Holdings I, LLC  )  <br>    Respondent(s)  )  | Case No.: 17-23771JAD  <br>Chapter 13  <br><br><br>Related to Claim No. 16  <br><br>Related to Doc. #71 |

ORDER OF COURT

AND NOW, this \_\_\_7th\_\_\_ day of \_\_\_\_\_November\_\_\_\_\_, 2019, upon consideration of the Trustee's Objection to Claim No. 16 and any responses thereto, it is hereby ORDERED that:

(a) Claim Number 16 filed by the above captioned Respondent is disallowed in its entirety; and

(b) No fees, costs or charges shall be allowed for defending this objection.

BY THE COURT:

_____  sjk
U.S. Bankruptcy Judge
Jeffery A. Deller

FILED
11/7/19 8:18 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 17-23771-JAD
Bernard F. Murphy                                                   Chapter 13
Jodi M. Murphy
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2        User: bsil            Page 1 of 1            Date Rcvd: Nov 07, 2019
                            Form ID: pdf900       Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 09, 2019.
db/jdb         +Bernard F. Murphy,    Jodi M. Murphy,    123 Burton Drive,    Kittanning, PA 16201-3601

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14754935       E-mail/PDF: resurgentbknotifications@resurgent.com Nov 08 2019 02:52:44
               LVNV Funding, LLC its successors and assigns as,    assignee of FFPM Carmel Holdings I, LLC,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
                                                                                             TOTAL: 1

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 09, 2019                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 7, 2019 at the address(es) listed below:
              Dai Rosenblum    on behalf of Joint Debtor Jodi M. Murphy Jody@dairosenblumbankruptcy.com,
               pjbz@zoominternet.net;Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com
              Dai Rosenblum    on behalf of Debtor Bernard F. Murphy Jody@dairosenblumbankruptcy.com,
               pjbz@zoominternet.net;Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com
              James Warmbrodt    on behalf of Creditor    LoanDepot.com, LLC bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                             TOTAL: 6