**UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re: | ) |
| | ) |
| BERNARD F. MURPHY, and | ) Bankruptcy No.: 17-23771-JAD |
| JODI M. MURPHY, | ) |
|       Debtors. | ) Chapter: 13 |
| | ) |
| BERNARD F. MURPHY, and | )  Related to |
| JODI M. MURPHY, | ) Document No.: 77 |
|       Movants. | ) |
| | ) Hearing Date: 08/05/2020 |
| v. | ) |
| | ) Hearing Time: 10:00 AM |
| NO RESPONDENT. | ) |
| | ) Response Deadline: 07/27/2020 |
| RONDA J. WINNECOUR, Trustee. | ) |

## ORDER APPROVING RETENTION OF REALTOR/BROKER

AND NOW, this ___6th___ day of ___August___, 20_20_, upon consideration of the MOTION FOR APPROVAL TO EMPLOY REALTOR, it is ORDERED, ADJUDGED and DECREED as follows:

    1. The above referenced Application is hereby approved as of the date the Application was filed.

    2. Megan M. Rummel, of Clear Choice Enterprises, 723 East Brady Street, Butler, Pennsylvania 16001, is hereby appointed as Realtor for the Debtor in this bankruptcy proceeding pursuant to the terms described in the Listing Agreement attached to the Motion for the purpose of acting as the Debtor's agent in connection with the sale of real estate, possibly as a short-sale, located at 123 Burton Drive, Kittanning, Pennsylvania 16201. A realtor commission in the amount of 6% on the sale price, is tentatively approved, subject to final court order.

    3. Professional persons or entities performing services in the above case are advised that approval of fees for professional services will be based on other factors as well including results accomplished, the time and labor reasonably required by the applicant to

perform the task(s) involved, the customary fee for similar services, the time limitations imposed by the retention or the circumstances encountered while performing the services, the relationship of the services, if any, to the ultimate bid amount for the subject property, and the extent and nature of awards in similar cases.

4. Approval of any application for appointment of a professional in which certain fees are requested is not an agreement by the Court to allow such fees in the requested amount. Final compensation, as awarded by the Court after notice and hearing, may be more or less than the requested amount based on application of the above criteria.

5. Applicant shall serve the within Order on all interested parties and file a certificate of service.

IT IS FURTHER ORDERED that Realtor commissions are to be paid only from proceeds of sale (and upon further Court approval).

_____ sjk
Judge Jeffery A. Deller
United States Bankruptcy Court

FILED
8/6/20 10:40 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 17-23771-JAD
Bernard F. Murphy                                                       Chapter 13
Jodi M. Murphy
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: bsil              Page 1 of 1              Date Rcvd: Aug 06, 2020
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 08, 2020.
db/jdb          +Bernard F. Murphy,    Jodi M. Murphy,    123 Burton Drive,    Kittanning, PA 16201-3601

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 08, 2020                                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 6, 2020 at the address(es) listed below:
              Dai Rosenblum     on behalf of Joint Debtor Jodi M. Murphy Jody@dairosenblumbankruptcy.com,
               Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com
              Dai Rosenblum     on behalf of Debtor Bernard F. Murphy Jody@dairosenblumbankruptcy.com,
               Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com
              James Warmbrodt     on behalf of Creditor    LoanDepot.com, LLC bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace     on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                             TOTAL: 6