# United States Bankruptcy Court
## Western District of Pennsylvania

In re  **Bernard F. Murphy**
       **Jodi M. Murphy**
                                    Debtor(s)

Case No. **17-23771**
Chapter **13**

## Notice of Change of Address

Debtor's Social Security Number:  **xxx-xx-9376**

Joint Debtor's Social Security Number:  **xxx-xx-5541**

**My (Our) Former Mailing Address and Telephone Number was:**

Name:  **Bernard F. Murphy and Jodi M. Murphy**

Street:  **123 Burton Drive**

City, State and Zip:  **Kittanning, PA 16201**

Telephone #:

**Please be advised that effective August 28 , 20 20 ,
my (our) new mailing address and telephone number is:**

Name:  **Bernard F. Murphy and Jodi M. Murphy**

Street:  **9817 South Tripp Avenue**

City, State and Zip:  **Oak Lawn, IL 60453**

Telephone #:

/s/ Dai Rosenblum, Esquire
254 New Castle Road, Suite B
Butler, PA  16001  PA ID 31802
Phone: 724-283-2900 FAX 724-287-5302
e-mail:  Dai@dairosenblumbankruptcy.com