## UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:  Bernard F. Murphy
       Jodi M. Murphy fka Jodi M. Toy
                 Debtor(s)

LoanDepot.com, LLC, its successors and/or assigns
                 Movant
        v.
Bernard F. Murphy
Jodi M. Murphy fka Jodi M. Toy
                 Respondent
        and
Ronda J. Winnecour, Trustee
                 Additional Respondent

BK. NO. 17-23771 JAD

CHAPTER 13

Related to Doc. #92

**<span style="color:red">DEFAULT O/E JAD</span>**

### ORDER MODIFYING SECTION 362 AUTOMATIC STAY

      AND NOW, this 8th day of   April   , 2021, at Pittsburgh, upon Motion of LoanDepot.com, LLC, its successors and/or assigns, it is

      **ORDERED THAT:** The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is modified with respect to the subject premises located at 123 Burton Drive, Kittanning, PA 16201 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure.  Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

United States Bankruptcy Judge
Jeffery A. Deller

FILED
4/8/21 7:48 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                  Case No. 17-23771-JAD

Bernard F. Murphy                                                                        Chapter 13

Jodi M. Murphy
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2                             User: bsil                                     Page 1 of 2
Date Rcvd: Apr 08, 2021                          Form ID: pdf900                                Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
             regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 10, 2021:**

**Recip ID                  Recipient Name and Address**
db/jdb              +    Bernard F. Murphy, Jodi M. Murphy, 9817 South Tripp Avenue, Oak Lawn, IL 60453-3553

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 10, 2021                        Signature:            /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 8, 2021 at the address(es) listed below:**

**Name                        Email Address**

Brian Nicholas
                             on behalf of Creditor LoanDepot.com  LLC bnicholas@kmllawgroup.com

Dai Rosenblum
                             on behalf of Joint Debtor Jodi M. Murphy Jody@dairosenblumbankruptcy.com
                             Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com

Dai Rosenblum
                             on behalf of Debtor Bernard F. Murphy Jody@dairosenblumbankruptcy.com
                             Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com

Maria Miksich
                             on behalf of Creditor LoanDepot.com  LLC mmiksich@kmllawgroup.com

Office of the United States Trustee
                             ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
                         cmecf@chapter13trusteewdpa.com

S. James Wallace
                         on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com

TOTAL: 7