**DEFAULT O/E JAD**

# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | ) |
| | ) |
| BERNARD F. MURPHY, AND | ) |
| JODI M. MURPHY, | ) Case No: 17-23771-JAD |
| Debtor. | ) |
| | ) Chapter 13 |
| DAI ROSENBLUM, ESQ. | )   Related to |
| | ) Document No.: 110 |
| | ) |
| Applicant/Movant, | ) Hearing Date: 07/23/2021 |
| | ) |
| v. | ) Hearing Time: 11:00 AM |
| | ) |
| NO RESPONDENT. | ) Response Deadline: 07/06/2021 |

## ORDER OF COURT

**AND NOW** this ___15th___ day of _____July_____, 20_21___, upon consideration of the foregoing Application, it is hereby **ORDERED** that the Application in its face amount of $2,954.00 for Additional Compensation for services rendered by DAI ROSENBLUM, ESQUIRE as Attorney for the Debtor(s) and $0.00 for Additional Costs are allowed, a total of $2,954.00, and the sum of $2,954.00 is to be paid to DAI ROSENBLUM, ESQUIRE as the remainder of the Attorney's Fees and Costs through the Chapter 13 Plan, at the same disbursement level as prior awarded and/or paid Attorney's Fees awarded and/or paid to DAI ROSENBLUM, ESQUIRE pursuant to prior confirmed Plan(s) at **$250.00** per month. The total fees allowed in this Order are $6,954.00 for the period of September 20, 2017 through May 27, 2021. After consideration of the initial retainer paid ($1,000.00 and fees received from the trustee ($3,000), the residual balance is $2,954.00.

_____sjk
Judge Jeffery A. Deller
United States Bankruptcy Court

FILED
7/15/21 6:49 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Bernard F. Murphy  
Jodi M. Murphy  
    Debtors

Case No. 17-23771-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: bsil     Page 1 of 2  
Date Rcvd: Jul 15, 2021     Form ID: pdf900     Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 17, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Bernard F. Murphy, Jodi M. Murphy, 9817 South Tripp Avenue, Oak Lawn, IL 60453-3553 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 17, 2021      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 15, 2021 at the address(es) listed below:

**Name**      **Email Address**

Brian Nicholas  
     on behalf of Creditor LoanDepot.com LLC bnicholas@kmllawgroup.com

Dai Rosenblum  
     on behalf of Joint Debtor Jodi M. Murphy Jody@dairosenblumbankruptcy.com  
     Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com

Dai Rosenblum  
     on behalf of Debtor Bernard F. Murphy Jody@dairosenblumbankruptcy.com  
     Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com

Maria Miksich  
     on behalf of Creditor LoanDepot.com LLC mmiksich@kmllawgroup.com

Office of the United States Trustee  
     ustpregion03.pi.ecf@usdoj.gov

District/off: 0315-2 User: bsil Page 2 of 2
Date Rcvd: Jul 15, 2021 Form ID: pdf900 Total Noticed: 1

Ronda J. Winnecour
                              cmecf@chapter13trusteewdpa.com

S. James Wallace
                              on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com Equitablebankruptcy@peoples-gas.com

TOTAL: 7