**IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: ) | |
| ) | |
| BERNARD F. MURPHY, AND ) | Case No: 17-23771-JAD |
| JODI M. MURPHY, ) | |
|     Debtors. ) | Chapter 13 |
| ) |   Related to |
| BERNARD F. MURPHY, AND ) | Document No.: 107 |
| JODI M. MURPHY, ) | |
| ) | Hearing Date: 07/23/2021 |
|     Movants, ) | |
| ) | Hearing Time: 11:00 AM |
| v. ) | |
| ) | Response Deadline: 07/06/2021 |
| US BANK, and GREAT LAKES ) | |
| HIGHER EDUCATION, ) | |
| ) | **DEFAULT O/E JAD** |
|     Respondent. ) | |

**ORDER OF COURT**

**And Now,** the ___15th___ day of _____July_____, 2021 after careful consideration of the Debtors' Motion for Approval of the Non-Standard Provision Included in the Proposed Amended Chapter 13 Plan Dated May 25, 2021, **It Is Hereby Ordered and Decreed** the non-standard provision as listed in Section 9.1 of the Amended Chapter 13 Plan dated May 25, 2021, which states, "US Bank/Great Lakes has returned the Trustee's payments and its distributions have been put on reserve. US Bank sent a 1099-C for the tax year 2020 to the Debtor stating that the debt had been "discharged". This Plan proposes that the entire debt to US Bank be discharged, pursuant to United Student Aid Funds v. Espinosa, 559 U.S. 260 (2009)." Is **APPROVED**. The debt of US Bank/Great Lakes Higher Education shall be discharged upon successful completion of the Debtors' Chapter 13 Plan.

_____ sjk
Jeffery A. Deller, Judge
United States Bankruptcy Court

FILED
7/15/21 7:11 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-23771-JAD |
| Bernard F. Murphy | Chapter 13 |
| Jodi M. Murphy | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: bsil | Page 1 of 2 |
| Date Rcvd: Jul 15, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 17, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Bernard F. Murphy, Jodi M. Murphy, 9817 South Tripp Avenue, Oak Lawn, IL 60453-3553 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 17, 2021          Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 15, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | |
| | on behalf of Creditor LoanDepot.com LLC bnicholas@kmllawgroup.com |
| Dai Rosenblum | |
| | on behalf of Joint Debtor Jodi M. Murphy Jody@dairosenblumbankruptcy.com Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com |
| Dai Rosenblum | |
| | on behalf of Debtor Bernard F. Murphy Jody@dairosenblumbankruptcy.com Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com |
| Maria Miksich | |
| | on behalf of Creditor LoanDepot.com LLC mmiksich@kmllawgroup.com |
| Office of the United States Trustee | |
| | ustpregion03.pi.ecf@usdoj.gov |

| | | |
|---|---|---|
| District/off: 0315-2 | User: bsil | Page 2 of 2 |
| Date Rcvd: Jul 15, 2021 | Form ID: pdf900 | Total Noticed: 1 |

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com Equitablebankruptcy@peoples-gas.com

TOTAL: 7