**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: ) | |
| ) | |
| BERNARD F. MURPHY, AND ) | Case No: 17-23771-JAD |
| JODI M. MURPHY, ) | |
|       Debtors. ) | Chapter 13 |
| ) | |
| BERNARD F. MURPHY, AND ) | Related to Document No.: 118 |
| JODI M. MURPHY, ) | |
| ) | |
|       Movants, ) | |
| ) | |
|       v. ) | |
| ) | |
| US BANK, and GREAT LAKES ) | |
| HIGHER EDUCATION, ) | |
| ) | |
|       Respondent. ) | |

**CERTIFICATE OF SERVICE OF ORDER GRANTING MOTION FOR APPROVAL OF NONSTANDARD PROVISION**

      I, Dai Rosenblum, Esquire, certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses on specified below, on July 19, 2021. The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was partly by first class United States mail and partly by electronic notification.

      If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

*Service by First-Class Mail:*

**Bernard F. Murphy**
**Jodi M. Murphy**
9817 South Tripp Avenue
Oak Lawn, IL 60453

**US Bank**
**ATTN: Bankruptcy Department**
4801 Frederica Street
Owensboro, KY 4230

**US Bank**
PO Box 64799
St. Paul, MN 55164

**US Bank**
**c/o Great Lakes Higher Education**
PO Box 7860
Madison, WI 53707

**US Bank Corporate Headquarters**
425 Walnut Street
Cincinnati, OH 45202

**Andrew Cecere, President & CEO**
**US Bancorp**
800 Nicollet Mall
Minneapolis, MN 55402

**James L. Chosy, General Counsel**
**US Bancorp**
800 Nicollet Mall
Minneapolis, MN 55402

**Great Lakes Higher Education**
**ATTN: Bankruptcy Department**
2401 International Lane
Madison, WI 53704

**Jeff Crosby, Pres. & CEO**
**Great Lakes Higher Education**
2401 International Lane
Madison, WI 53704

**Jeffrey R. Noordhoek, CEO**
**Nelnet, Inc.**
Lincoln Square Building
121 South 13th Street
Lincoln, NE 68508

**William J. Munn, General Counsel**
**Nelnet, Inc.**
Lincoln Square Building
121 South 13th Street
Lincoln, NE 68508

*Service by Electronic Notification (via Notice of Electronic Filing, and via direct e-mail if indicated):*

**Ronda J. Winnecour**
Not served directly per Trustee's request, NEF only

**Office of the United States Trustee**
ustpregion03.pi.ecf@usdoj.gov

**Brian Nicholas**
**LoanDepot.com, LLC**
bnicholas@kmllawgroup.com

**Maria Miksich**
**LoanDepot.com, LLC**
mmiksich@kmllawgroup.com

**S. James Wallace**
**Peoples Natural Gas Company LLC**
ecfpeoples@grblaw.com

Executed on: July 19, 2021

\_\_/s/\_Dai\_Rosenblum,\_Esq.\_\_\_
Dai Rosenblum, Esquire
Suite B, 254 New Castle Road
Butler, PA 16001-2529
724-283-2900     Pa. ID# 31802
dai@dairosenblumbankruptcy.com