**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: ) | |
| ) | |
| BERNARD F. MURPHY, AND ) | Case No: 17-23771-JAD |
| JODI M. MURPHY, ) | |
|     Debtors. ) | Chapter 13 |
| ) | |
| BERNARD F. MURPHY, AND ) | Related to Document No.: 128, 129 |
| JODI M. MURPHY, ) | |
|     Movants, ) | Hearing Date: 12/08/2021 |
| ) | |
| v. ) | Hearing Time: 11:00 AM |
| ) | |
| NO RESPONDENT. ) | Response Deadline: 11/26/2021 |

**CERTIFICATE OF SERVICE OF MOTION TO BORROW TO PURCHASE VEHICLE NUNC PRO TUNC AND NOTICE SETTING HEARING**

    I, Dai Rosenblum, Esquire, certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses on specified below, on November 9, 2021. The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was partly by first class United States mail and partly by electronic notification.

    If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

***Service by First-Class Mail:***

Bernard F. Murphy
Jodi M. Murphy
9817 South Tripp Avenue
Oak Lawn, IL 60453

AES/PNC Bank
P.O. Box 61047
Harrisburg, PA 17106

Ally Bank
PO Box 130424
Roseville MN 55113-0004

Ally Financial
PO Box 130424
Roseville MN 55113-0004

Ally Financial
P.O. Box 380901
Minneapolis, MN 55438

Barclays Bank Delaware
P.O. Box 8803
Wilmington, DE 19899

Capital One Bank
P.O. Box 5155
Norcross, GA 30091

Capital One, N.A.
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

Chase
P.O. Box 15298
Wilmington, DE 19850-5298

Citicards/Citibank
P.O. Box 6241
Sioux Falls, SD 57117

Citizens Bank
1000 Lafayette Gill
Bridgeport, CT 06604

Citizens Bank N.A.
1 Citizens Drive Mailstop ROP15B
Riverside, RI 02915

Client Services, Inc.
3451 Harry S. Truman Blvd.
Saint Charles, MO 63301-4047

Comenity Bank/Victoria Secret
P.O. Box 182789
Columbus, OH 43218

Comenity Capital Bank/Paypal Credit
c/o Weinstein & Riley, PS
2001 Western Ave., Ste 400
Seattle, WA 98121

Comenity Capital/Petland
P.O. Box 182120
Columbus, OH 43218

Comenity/Trwrds
P.O. Box 182789
Columbus, OH 43218

Department Stores National Bank
c/o Quantum3 Group LLC
PO Box 657
Kirkland, WA 98083-0657

Educational Credit Management Corporation
PO Box 16408
St. Paul, MN 55116-0408

EGS Financial Care, Inc.
4740 Baxter Road
Virginia Beach, VA 23462

GC Services LP
P.O. Box 1389
Copperas Cove, TX 76522

Illinois Student Assistance Commission
1755 Lake Cook Road
Deerfield, IL 60015

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
Insolvency Operation
Room 711B
1000 Liberty Ave
Pittsburgh, PA 15222

Kohls Capone
P.O. Box 3115
Milwaukee, WI 53201-3115

Lending Club Corp.
71 Stevenson Street
Suite 300
San Francisco, CA 94105

Loan Depot
26642 Towne Centre Drive
Foothill Ranch, CA 92610

LoanDepot.com, LLC
c/o Cenlar FSB
425 Phillips Boulevard
Ewing, NJ 08618

Lumber Liquidators/Synch Bank
P.O. Box 960061
Orlando, FL 32896

LVNV Funding, LLC its successors and assigns as
assignee of Citibank, N.A.
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

LVNV Funding, LLC its successors and assigns as
assignee of FFPM Carmel Holdings I, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

LVNV Funding, LLC its successors and assigns as
assignee of LendingClub Corporation
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Macy's
P.O. Box 8218
Mason, OH 45040

Macy's Visa
P.O. Box 8218
Mason, OH 45040-8218

Mohela/Dept. of Ed.
633 Spirit Drive
Chesterfield, MO 63005

Nancy Murphy
10814 S. Maplewood
Chicago, IL 60655

Navient
P.O. Box 9500
Wilkes Barre, PA 18773

Paypal Credit
P.O. Box 105658
Atlanta, GA 30348-5658

Peoples Natural Gas Company LLC
c/o S. James Wallace, P.C.
845 North Lincoln Avenue
Pittsburgh, PA 15233

PHEAA
PO Box 8147
Harrisburg, PA 17105

Portfolio Recovery Associates, LLC
POB 12914
Norfolk VA 23541

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541

Quantum3 Group LLC as agent for
MOMA Funding LLC
PO Box 788
Kirkland, WA 98083-0788

Sears/CBNA
P.O. Box 6283
Sioux Falls, SD 57117

Simm Associates Inc.
P.O. Box 7526
Newark, DE 19714-7526

SYNCB/American Eagle
P.O. Box 965005
Orlando, FL 32896-5005

SYNCHRONY BANK
c/o Weinstein & Riley, P.S.
2001 Western Ave, Ste 400
Seattle, WA 98121

Synchrony Bank/Amazon
Attn: Bankruptcy Dept.
P.O. Box 965015
Orlando, FL 32896-5015

Synchrony Bank/American Eagle
P.O. Box 965005
Orlando, FL 32896

Synchrony Bank/JC Penney
P.O. Box 965007
Orlando, FL 32896-5007

Synchrony Bank/Sams Club
P.O. Box 960013
Orlando, FL 32896-0013

Synchrony Bank/Walmart
P.O. Box 965024
Orlando, FL 32896-5024

Toyota Financial Services
1111 W. 22nd St.
Ste. 420
Oak Brook, IL 60523

Toyota Motor Credit Corporation
PO Box 9013
Addison, Texas 75001

U S Dept of Education/MOHELA
633 Spirit Drive
Chesterfield, Mo 63005

United Collection Bureau Inc.
5620 Southwyck Blvd.
Ste 206
Toledo, OH 43614

US Bank/Great Lakes Higher Education
P.O. Box 7860
Madison, WI 53707

US Bank
ATTN: Bankruptcy Department
4801 Frederica Street
Owensboro, KY 4230

US Bank
PO Box 64799
St. Paul, MN 55164

Walsh Construction Company
Attn. Retirement Accounts/Loan
929 Adams Street
Chicago, IL 60607

***Service by Electronic Notification (via Notice of Electronic Filing, and via direct e-mail if indicated):***

**Ronda J. Winnecour**
Not served directly per Trustee's request, NEF only

**Office of the United States Trustee**
ustpregion03.pi.ecf@usdoj.gov

**Brian Nicholas**
**LoanDepot.com, LLC**
bnicholas@kmllawgroup.com

**S. James Wallace**
**Peoples Gas Company LLC**
ecfpeoples@grblaw.com

**Maria Miksich**
**LoanDepot.com, LLC**
mmiksich@kmllawgroup.com

Executed on: November 9, 2021

  /s/ Dai Rosenblum, Esq.
Dai Rosenblum, Esquire
Suite B, 254 New Castle Road
Butler, PA 16001-2529
724-283-2900     Pa. ID# 31802
dai@dairosenblumbankruptcy.com