IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

**BERNARD F. MURPHY** : Bankruptcy No. **17-23771-JAD**
**JODI M. MURPHY,** :
:
: **Chapter 13**
Debtor(s). : **Related to ECF No. 134, 139, 140**

# ORDER

The Court has reviewed the status report filed on behalf of the Debtors, and observes that a copy of the police report is not attached to the same. For purposes of clarity, what is attached is NOT the police report. Accordingly, the Debtors are DIRECTED to immediately file a true and correct copy of the whole police report. Failure to file a copy of the police report may result in the imposition of sanctions, including denial of the motion for nunc pro tunc automobile financing.

Dated: December 29, 2021

_____
JEFFERY A. DELLER
UNITED STATES BANKRUPTCY JUDGE

Case Administrator to serve:
Debtors
Counsel for Debtors

FILED
12/29/21 9:04 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Bernard F. Murphy  
Jodi M. Murphy  
    Debtors

Case No. 17-23771-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: bsil      Page 1 of 2  
Date Rcvd: Dec 29, 2021      Form ID: pdf900      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol      Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 31, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Bernard F. Murphy, Jodi M. Murphy, 9817 South Tripp Avenue, Oak Lawn, IL 60453-3553 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 31, 2021      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 29, 2021 at the address(es) listed below:

**Name      Email Address**

Brian Nicholas  
     on behalf of Creditor LoanDepot.com LLC bnicholas@kmllawgroup.com

Dai Rosenblum  
     on behalf of Joint Debtor Jodi M. Murphy Jody@dairosenblumbankruptcy.com  
     Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com

Dai Rosenblum  
     on behalf of Debtor Bernard F. Murphy Jody@dairosenblumbankruptcy.com  
     Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com

Maria Miksich  
     on behalf of Creditor LoanDepot.com LLC mmiksich@kmllawgroup.com

Office of the United States Trustee  
     ustpregion03.pi.ecf@usdoj.gov

| | | |
|---|---|---|
| District/off: 0315-2 | User: bsil | Page 2 of 2 |
| Date Rcvd: Dec 29, 2021 | Form ID: pdf900 | Total Noticed: 1 |

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com Equitablebankruptcy@peoples-gas.com

TOTAL: 7