## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | ) |
| | ) |
| BERNARD F. MURPHY, AND | ) Case No: 17-23771-JAD |
| JODI M. MURPHY, | ) |
| Debtors. | ) Chapter 13 |
| | ) |
| BERNARD F. MURPHY, AND | ) Related to Document No.: 134  and 145 |
| JODI M. MURPHY, | ) |
| Movants, | ) Hearing Date: 01/07/2022 |
| | ) |
| v. | ) Hearing Time: 11:00 AM  VIA ZOOM |
| | ) |
| NO RESPONDENT. | ) Response Deadline: 12/31/2021 |

### ORDER APPROVING FINANCING AND VEHICLE PURCHASE

**And Now,** the ___7th___ day of ___January_____, 2022, after careful consideration of the Debtors' Motion to Borrow to Purchase Vehicle Nunc Pro Tunc, as amended, and all matters of record, **It Is Hereby Ordered and Decreed** that the Debtors, Bernard F. Murphy and Jodi M. Murphy, may borrow up to $32,700 at 4.25% from the Debtor Jodi M. Murphy's 401(k), payable as a bi-weekly deduction of $279.42 from her paycheck. The Debtors may purchase a 2022 Honda HR-V from Gerald Auto Group of 204 Hansen Blvd, North Aurora, Illinois, 60542 for $34,960.77, as described in Exhibit D to the Report filed on January 6, 2022 at Doc. #143   No further financing is necessary to complete this purchase, as the Movants will utilize funds from the insurance settlement from State Farm, as detailed in Exhibit C to the Report filed on January 6, 2022 at Doc. #143.

Counsel for the Debtors shall file an Amended Chapter 13 Plan within 14 days of this Order.

_____ sjk

Jeffery A. Deller, Judge
United States Bankruptcy Judge

FILED
1/7/22 12:31 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                      Case No. 17-23771-JAD

Bernard F. Murphy                                                                  Chapter 13

Jodi M. Murphy

     Debtors

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: bsil | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jan 07, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 09, 2022:**

**Recip ID**        **Recipient Name and Address**
db/jdb        + Bernard F. Murphy, Jodi M. Murphy, 9817 South Tripp Avenue, Oak Lawn, IL 60453-3553

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 09, 2022           Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 7, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | |
| | on behalf of Creditor LoanDepot.com  LLC bnicholas@kmllawgroup.com |
| Dai Rosenblum | |
| | on behalf of Joint Debtor Jodi M. Murphy Jody@dairosenblumbankruptcy.com Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com |
| Dai Rosenblum | |
| | on behalf of Debtor Bernard F. Murphy Jody@dairosenblumbankruptcy.com Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com |
| Maria Miksich | |
| | on behalf of Creditor LoanDepot.com  LLC mmiksich@kmllawgroup.com |
| Office of the United States Trustee | |
| | ustpregion03.pi.ecf@usdoj.gov |

Ronda J. Winnecour

cmecf@chapter13trusteewdpa.com

S. James Wallace

on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com

TOTAL: 7