# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No. 17-23771-JAD |
| | : | |
| BERNARD F. MURPHY, and | : | Chapter 13 |
| JODI M. MURPHY, | : | |
| Debtors. | : | Related to Doc. No.: 152 |
| | : | |
| BERNARD F. MURPHY, and | : | Hearing Date: 2/24/2022 |
| JODI M. MUPRHY, | : | |
| Movants, | : | Hearing time: 10:00 AM |
| | : | |
| v. | : | |
| | : | |
| EDUCATIONAL CREDIT | : | |
| MANAGEMENT CORPORATION, | : | |
| Respondent. | : | |

### ENTRY OF APPEARANCE AND REQUEST
### FOR SERVICE OF PAPERS, RECEIPT OF
### NOTICES, AND INCLUSION ON NOTICE LIST

TO THE CLERK OF THE BANKRUPTCY COURT:

PLEASE TAKE NOTICE that the undersigned law firm is counsel for a party in interest in the above-captioned case, and, pursuant to Bankruptcy Rules 2002 and 9007, our client respectfully requests that all notices given or required to be given in this case and in any adversary proceedings by the Court, the Debtors, any Creditors' Committee, any Trustee, the United States Trustee, any Trustee subsequently appointed, and/or any other party in interest in this case be given to our client and the undersigned counsel at the addresses and to the persons, telephone numbers and telecopier set forth below. This request includes, without limitation, all orders, notices, hearing dates, applications, motions, petitions, pleadings, requests, complaints, demands, replies, answers, schedules of assets and liabilities, statement of affairs, operating reports, plans of reorganization, and disclosure statements, whether formal or informal, whether

9282023.1

written or oral, and whether transmitted or conveyed by mail, courier service, delivery service, telephone, telegraph, telex, telecopier, or otherwise:

| | |
|---|---|
| Educational Credit Management Corporation<br>111 South Washington Avenue<br>Suite 1400<br>Minneapolis, MN 55401 | Attorney and Address:<br>John M. Quain Jr., Esquire<br>Barley Snyder, LLP<br>213 Market Street, 12th Floor<br>Harrisburg, PA 17101<br>Telephone No: (717) 231-6603<br>Email Address: jquain@barley.com |

PLEASE TAKE FURTHER NOTICE that client intends that neither this notice of appearance nor any later appearance, pleading, claim or suit shall waive (i) client's rights to have orders in non-core matters entered only after de novo review by a District Judge, (ii) client's right to trial by jury in any proceeding so triable in this case or any other cases, controversies or proceedings related to this case, (iii) client's right to have the District Court withdraw the reference in any matter subject to mandatory or discretional withdrawal, (iv) client's right to have the Bankruptcy Court and the District Court abstain in any matter subject to mandatory or discretionary abstention or (v) any other rights, claims, actions, defenses, set-offs or recoupments to which client is or may be entitled under agreements or in law or in equity, all of which rights, claims, actions, defenses, set-offs and recoupments client expressly reserves.

DATED:  February 11, 2022                         By:       /s/ John M. Quain Jr., Esquire
                                                                        John M. Quain Jr., Esquire
                                                                        Court I.D. #311983
                                                                        213 Market Street, 12th Floor
                                                                        Harrisburg, PA  17101
                                                                        (717) 231-6603

I hereby certify that copies of this Entry of Appearance were served February 11, 2022 by ECF notice (electronically) upon:

**Attorney for Debtor**
Dai Rosenblum
254 New Castle Road, Suite B
Butler, PA 16001

9282023.1

Service was also made by depositing same in the U.S. First Class Mail, postage prepaid, upon:

**Chapter 13 Trustee**
Ronda J. Winnecour, Esq.
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

**U.S. Trustee**
Office of the US Trustee
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

**Debtor**
Bernard and Jodi Murphy
9817 South Tripp Avenue
Oak Lawn, IL 60453

9282023.1