**UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | ) |
| | ) |
| BERNARD F. MURPHY, AND | ) Case No: 17-23771-JAD |
| JODI M. MURPHY, | ) |
| Debtor. | ) Chapter 13 |
| | )   Related to |
| DAI ROSENBLUM, ESQ. | ) Document #153 |
| | ) |
| Applicant/Movant, | ) Hearing Date: 03/02/2022 |
| | ) |
| v. | ) Hearing Time: 10:00 AM |
| | ) |
| NO RESPONDENT. | ) Response Deadline: 02/14/2022 |

<u>**ORDER OF COURT**</u>

**AND NOW** this ____24th____ day of ____February_____, 2022____,

upon consideration of the foregoing Application, it is hereby **ORDERED** that the Application in

its face amount of $1,789.50for Additional Compensation for services rendered by DAI

ROSENBLUM, ESQUIRE as Attorney for the Debtor(s) and $0.00 for Additional Costs are

allowed, a total of $1,789.50, and the sum of $1,789.50is to be paid to DAI ROSENBLUM,

ESQUIRE as the remainder of the Attorney's Fees and Costs through the Chapter 13 Plan, at

the same disbursement level as prior awarded and/or paid Attorney's Fees awarded and/or

paid to DAI ROSENBLUM, ESQUIRE pursuant to prior confirmed Plan(s) at **$250.00** per

month. The total fees allowed in this Order are $8,743.50 for the period of September 20,

2017 through March 2, 2022. After consideration of the initial retainer paid ($1,000.00 and

fees received from the trustee ($5,954.00), the residual balance is $1,789.50.

_____ sjk
Jeffery A. Deller, Judge
United States Bankruptcy Court

FILED
2/24/22 8:09 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                          Case No. 17-23771-JAD

Bernard F. Murphy                                                                   Chapter 13

Jodi M. Murphy

     Debtors

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Feb 24, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 26, 2022:**

**Recip ID**                          **Recipient Name and Address**
db/jdb                          +  Bernard F. Murphy, Jodi M. Murphy, 9817 South Tripp Avenue, Oak Lawn, IL 60453-3553

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 26, 2022                          Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 24, 2022 at the address(es) listed below:**

**Name**                              **Email Address**

Brian Nicholas
                              on behalf of Creditor LoanDepot.com  LLC bnicholas@kmllawgroup.com

Dai Rosenblum
                              on behalf of Joint Debtor Jodi M. Murphy Jody@dairosenblumbankruptcy.com
                              Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com

Dai Rosenblum
                              on behalf of Debtor Bernard F. Murphy Jody@dairosenblumbankruptcy.com
                              Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com

John Michael Quain, Jr.
                              on behalf of Creditor Educational Credit Management Corporation jquain@barley.com  jfrench@barley.com

Maria Miksich
                              on behalf of Creditor LoanDepot.com  LLC mmiksich@kmllawgroup.com

District/off: 0315-2                     User: auto                                   Page 2 of 2

Date Rcvd: Feb 24, 2022                  Form ID: pdf900                              Total Noticed: 1

Office of the United States Trustee
                    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
                    cmecf@chapter13trusteewdpa.com

S. James Wallace
                    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com


TOTAL: 8