**Form 408**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Bernard F. Murphy**
**Jodi M. Murphy**
**fka Jodi M. Toy**
Debtor(s)

Bankruptcy Case No.: 17−23771−JAD

Chapter: 13
Docket No.: 179 − 178

## ORDER SETTING DATE CERTAIN
## FOR RESPONSE AND HEARING ON MOTION

  **AND NOW,** this The 26th of November, 2022, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

  **IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 1/9/23.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **1/18/23 at 11:00 AM in the Zoom Video Conference Application, https://www.zoomgov.com/j/16009283473, or alternatively, Mtg ID: 160 0928 3473** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Jeffery A. Deller.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **1/9/23.**

                                                              Jeffery A. Deller
                                                              United States Bankruptcy Judge

cm: **All Parties**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-23771-JAD |
| Bernard F. Murphy | Chapter 13 |
| Jodi M. Murphy | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 5 |
| Date Rcvd: Nov 28, 2022 | Form ID: 408 | Total Noticed: 67 |

The following symbols are used throughout this certificate:

**Symbol  Definition**

\+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++  Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 30, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Bernard F. Murphy, Jodi M. Murphy, 9817 South Tripp Avenue, Oak Lawn, IL 60453-3553 |
| r | + | Gloria Walker, Keller Williams Realty of N. Pittsburgh, 11269 Perry Higway, #300, Wexford, PA 15090-9388 |
| r | + | Megan M. Rummel, Clear Choice Enterprises, 723 E. Brady Street, Butler, PA 16001-4789 |
| r | + | Melissa Barker, Berkshire Hathaway HomeServices, 119 Mulone Drive, Sarver, PA 16055-8409 |
| 14696082 | + | Comenity/Trwrds, P.O. Box 182789, Columbus, OH 43218-2789 |
| 14696091 | + | Loan Depot, 26642 Towne Centre Drive, Foothill Ranch, CA 92610-2808 |
| 14696096 | + | Nancy Murphy, 10814 S. Maplewood, Chicago, IL 60655-1213 |
| 14696109 | + | US Bank/Great Lakes Higher Education, P.O. Box 7860, Madison, WI 53707-7860 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 28 2022 23:47:04 | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 28 2022 23:47:04 | Ally Financial, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | | Email/Text: ECMCBKNotices@ecmc.org | Nov 28 2022 23:44:00 | Educational Credit Management Corporation, PO BOX 16408, Saint Paul, MN 55116-0408 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Nov 28 2022 23:43:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| cr | + | Email/Text: bncmail@w-legal.com | Nov 28 2022 23:44:00 | Synchrony Bank, c/o Weinstein & Riley, P.S., 2001 Western Ave., Suite #400, Seattle, WA 98121-3132 |
| 14696072 | + | Email/Text: bncnotifications@pheaa.org | Nov 28 2022 23:44:00 | AES/PNC Bank, P.O. Box 61047, Harrisburg, PA 17106-1047 |
| 14707102 | | Email/Text: ally@ebn.phinsolutions.com | Nov 28 2022 23:43:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 14707074 | | Email/Text: ally@ebn.phinsolutions.com | Nov 28 2022 23:43:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 14696073 | + | Email/Text: ally@ebn.phinsolutions.com | Nov 28 2022 23:43:00 | Ally Financial, P.O. Box 380901, Minneapolis, MN 55438-0901 |
| 14696074 | + | Email/Text: BarclaysBankDelaware@tsico.com | Nov 28 2022 23:44:00 | Barclays Bank Delaware, P.O. Box 8803, Wilmington, DE 19899-8803 |
| 14696075 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 28 2022 23:46:35 | Capital One Bank, P.O. Box 5155, Norcross, GA 30091 |

Case 17-23771-JAD   Doc 180   Filed 11/30/22   Entered 12/01/22 00:25:18   Desc
Imaged Certificate of Notice   Page 3 of 6

| District/off: 0315-2 | User: auto | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Nov 28, 2022 | Form ID: 408 | Total Noticed: 67 |

| | | | |
|---|---|---|---|
| 14698598 | Email/Text: Bankruptcy.RI@Citizensbank.com | Nov 28 2022 23:43:00 | Citizens Bank N.A., 1 Citizens Drive Mailstop ROP15B, Riverside, RI 02915 |
| 14728922 | Email/PDF: bncnotices@becket-lee.com | Nov 28 2022 23:47:09 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14696077 + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 28 2022 23:57:31 | Citicards/Citibank, P.O. Box 6241, Sioux Falls, SD 57117-6241 |
| 14696078 + | Email/Text: Bankruptcy.RI@Citizensbank.com | Nov 28 2022 23:43:00 | Citizens Bank, 1000 Lafayette Gill, Bridgeport, CT 06604-4725 |
| 14696079 + | Email/Text: mediamanagers@clientservices.com | Nov 28 2022 23:43:00 | Client Services, Inc., 3451 Harry S. Truman Blvd., Saint Charles, MO 63301-9816 |
| 14696080 + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 28 2022 23:44:00 | Comenity Bank/Victoria Secret, P.O. Box 182789, Columbus, OH 43218-2789 |
| 14761261 + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 28 2022 23:44:00 | Comenity Capital Bank/Paypal Credit, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 14696081 + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 28 2022 23:44:00 | Comenity Capital/Petland, P.O. Box 182120, Columbus, OH 43218-2120 |
| 14696093 + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 28 2022 23:57:31 | Macy's, P.O. Box 8218, Mason, OH 45040 |
| 14696094 + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 28 2022 23:57:31 | Macy's Visa, P.O. Box 8218, Mason, OH 45040-8218 |
| 14740693 | Email/Text: bnc-quantum@quantum3group.com | Nov 28 2022 23:44:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14696083 + | Email/Text: egssupportservices@alorica.com | Nov 28 2022 23:44:00 | EGS Financial Care, Inc., 4740 Baxter Road, Virginia Beach, VA 23462-4484 |
| 14882852 | Email/Text: ECMCBKNotices@ecmc.org | Nov 28 2022 23:44:00 | Educational Credit Management Corporation, PO Box 16408, St. Paul, MN 55116-0408 |
| 15490116 | Email/Text: ECMCBKNotices@ecmc.org | Nov 28 2022 23:44:00 | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 551160408 |
| 14696084 + | Email/PDF: gecsedi@recoverycorp.com | Nov 28 2022 23:47:17 | GC Services LP, P.O. Box 1389, Copperas Cove, TX 76522-5389 |
| 14756140 + | Email/Text: ISAC.Bankruptcy@illinois.gov | Nov 28 2022 23:43:00 | Illinois Student Assistance Commission, 1755 Lake Cook Road, Deerfield, IL 60015-5209 |
| 14696085 | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 28 2022 23:44:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14696076 | Email/PDF: ais.chase.ebn@aisinfo.com | Nov 28 2022 23:46:32 | Chase, P.O. Box 15298, Wilmington, DE 19850-5298 |
| 14696088 | Email/Text: PBNCNotifications@peritusservices.com | Nov 28 2022 23:43:00 | Kohls Capone, P.O. Box 3115, Milwaukee, WI 53201-3115 |
| 14754935 | Email/PDF: resurgentbknotifications@resurgent.com | Nov 28 2022 23:47:18 | LVNV Funding, LLC its successors and assigns as, assignee of FFPM Carmel Holdings I, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14755568 | Email/PDF: resurgentbknotifications@resurgent.com | Nov 28 2022 23:47:09 | LVNV Funding, LLC its successors and assigns as, assignee of LendingClub Corporation, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14754979 | Email/PDF: resurgentbknotifications@resurgent.com | Nov 28 2022 23:57:31 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14696089 + | Email/Text: bk@lendingclub.com | Nov 28 2022 23:44:00 | Lending Club, 71 Stevenson Street, Suite 300, San |

Case 17-23771-JAD   Doc 180   Filed 11/30/22   Entered 12/01/22 00:25:18   Desc
Imaged Certificate of Notice   Page 4 of 6

| District/off: 0315-2 | User: auto | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Nov 28, 2022 | Form ID: 408 | Total Noticed: 67 |

| | | | | |
|---|---|---|---|---|
| | | | | Francisco, CA 94105-2985 |
| 14760828 | + | Email/Text: BKelectronicnotices@cenlar.com | Nov 28 2022 23:44:00 | LoanDepot.com, LLC, c/o Cenlar FSB, 425 Phillips Boulevard, Ewing, NJ 08618-1430 |
| 14696092 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 28 2022 23:47:02 | Lumber Liquidators/Synch Bank, P.O. Box 960061, Orlando, FL 32896-0061 |
| 14696095 | | Email/Text: EBN@Mohela.com | Nov 28 2022 23:44:00 | Mohela/Dept. of Ed., 633 Spirit Drive, Chesterfield, MO 63005 |
| 14698173 | | Email/Text: EBN@Mohela.com | Nov 28 2022 23:44:00 | U S Dept of Education/MOHELA, 633 Spirit Drive, Chesterfield, Mo 63005 |
| 14696097 | + | Email/PDF: pa_dc_claims@navient.com | Nov 28 2022 23:47:18 | Navient, P.O. Box 9500, Wilkes Barre, PA 18773-9500 |
| 14713211 | + | Email/Text: bncnotifications@pheaa.org | Nov 28 2022 23:44:00 | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 14714978 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 28 2022 23:57:28 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14697105 | + | Email/PDF: rmscedi@recoverycorp.com | Nov 28 2022 23:47:09 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14696098 | | Email/PDF: gecsedi@recoverycorp.com | Nov 28 2022 23:47:18 | Paypal Credit, P.O. Box 105658, Atlanta, GA 30348-5658 |
| 14719573 | + | Email/Text: ebnpeoples@grblaw.com | Nov 28 2022 23:43:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 North Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 14759861 | | Email/Text: bnc-quantum@quantum3group.com | Nov 28 2022 23:44:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14696101 | | Email/PDF: gecsedi@recoverycorp.com | Nov 28 2022 23:47:17 | SYNCB/American Eagle, P.O. Box 965005, Orlando, FL 32896-5005 |
| 14953888 | + | Email/Text: bncmail@w-legal.com | Nov 28 2022 23:44:00 | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |
| 14696099 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 28 2022 23:57:41 | Sears/CBNA, P.O. Box 6283, Sioux Falls, SD 57117-6283 |
| 14696100 | | Email/PDF: clerical@simmassociates.com | Nov 28 2022 23:47:17 | Simm Associates Inc., P.O. Box 7526, Newark, DE 19714-7526 |
| 14696102 | | Email/PDF: gecsedi@recoverycorp.com | Nov 28 2022 23:46:44 | Synchrony Bank/Amazon, Attn: Bankruptcy Dept., P.O. Box 965015, Orlando, FL 32896-5015 |
| 14696103 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 28 2022 23:47:18 | Synchrony Bank/American Eagle, P.O. Box 965005, Orlando, FL 32896-5005 |
| 14696104 | | Email/PDF: gecsedi@recoverycorp.com | Nov 28 2022 23:47:02 | Synchrony Bank/JC Penney, P.O. Box 965007, Orlando, FL 32896-5007 |
| 14696105 | | Email/PDF: gecsedi@recoverycorp.com | Nov 28 2022 23:47:17 | Synchrony Bank/Sams Club, P.O. Box 960013, Orlando, FL 32896-0013 |
| 14696106 | | Email/PDF: gecsedi@recoverycorp.com | Nov 28 2022 23:47:02 | Synchrony Bank/Walmart, P.O. Box 965024, Orlando, FL 32896-5024 |
| 14696107 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Nov 28 2022 23:44:00 | Toyota Financial Services, 1111 W. 22nd St., Ste. 420, Oak Brook, IL 60523-1959 |
| 14740351 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Nov 28 2022 23:43:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 15380523 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Nov 28 2022 23:44:00 | US Bank, ATTN: Bankruptcy Department, 4801 Frederica Street, Owensboro, KY 4230 |
| 15380524 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Nov 28 2022 23:44:00 | US Bank, PO Box 64799, St. Paul, MN 55164 |

| District/off: 0315-2 | User: auto | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Nov 28, 2022 | Form ID: 408 | Total Noticed: 67 |

| 14696108 | + Email/Text: BAN5620@UCBINC.COM | Nov 28 2022 23:43:00 | United Collection Bureau Inc., 5620 Southwyck Blvd., Ste 206, Toledo, OH 43614-1501 |
|---|---|---|---|

TOTAL: 59

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | LoanDepot.com, LLC |
| cr | * | Educational Credit Management Corporation, PO Box 16408, St. Paul, MN 55116-0408 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14696087 | *+ | Internal Revenue Service, Insolvency Operation, Room 711B, 1000 Liberty Ave, Pittsburgh, PA 15222-4107 |
| 14696086 | *+ | Internal Revenue Service, Insolvency Operation, Room 711B, 1000 Liberty Avenue, Pittsburgh, PA 15222-4107 |
| 14696090 | *+ | Lending Club Corp., 71 Stevenson Street, Suite 300, San Francisco, CA 94105-2985 |
| 14716013 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |

TOTAL: 1 Undeliverable, 6 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 30, 2022            Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 26, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor LoanDepot.com LLC bnicholas@kmllawgroup.com |
| Dai Rosenblum | on behalf of Joint Debtor Jodi M. Murphy dai@dairosenblumbankruptcy.com Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com |
| Dai Rosenblum | on behalf of Debtor Bernard F. Murphy dai@dairosenblumbankruptcy.com Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com |
| John Michael Quain, Jr. | on behalf of Creditor Educational Credit Management Corporation jquain@barley.com jfrench@barley.com |
| Maria Miksich | on behalf of Creditor LoanDepot.com LLC mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com Equitablebankruptcy@peoples-gas.com |

District/off: 0315-2     User: auto     Page 5 of 5
Date Rcvd: Nov 28, 2022     Form ID: 408     Total Noticed: 67
TOTAL: 8