**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>BERNARD F. MURPHY<br>JODI M. MURPHY<br>      Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>      Movant<br>    vs.<br>No Respondents. | Case No.:17-23771 JAD<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

  1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

  2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

  3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

  4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

November 23, 2022

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 09/20/2017 and confirmed on 10/31/17 . The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 290,060.92 |
| Less Refunds to Debtor | 2,695.02 | |
| TOTAL AMOUNT OF PLAN FUND | | 287,365.90 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 7,743.50 | |
|   Trustee Fee | 13,112.42 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 20,855.92 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   LOANDEPOT.COM | 52,597.49 | 52,597.49 | 0.00 | 52,597.49 |
|     Acct: 9129 | | | | |
|   LOANDEPOT.COM | 1,631.64 | 1,631.64 | 0.00 | 1,631.64 |
|     Acct: 9129 | | | | |
|   ALLY FINANCIAL(*) | 33,490.17 | 33,490.17 | 0.00 | 33,490.17 |
|     Acct: 7010 | | | | |
|   ALLY BANK(*) | 17,550.00 | 17,550.00 | 1,339.56 | 18,889.56 |
|     Acct: 0527 | | | | |
|   TOYOTA MOTOR CREDIT/LEXUS** | 20,121.03 | 20,121.03 | 2,871.56 | 22,992.59 |
|     Acct: 5167 | | | | |
| | | | | 129,601.45 |
| **Priority** | | | | |
|   DAI ROSENBLUM ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   BERNARD F. MURPHY | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   BERNARD F. MURPHY | 1,549.02 | 1,549.02 | 0.00 | 0.00 |
|     Acct: | | | | |
|   BERNARD F. MURPHY | 1,146.00 | 1,146.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DAI ROSENBLUM ESQ | 3,000.00 | 3,000.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DAI ROSENBLUM ESQ | 2,954.00 | 2,954.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXXXXXXX7-21 | | | | |
|   DAI ROSENBLUM ESQ | 1,789.50 | 1,789.50 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXXXXXXX2-22 | | | | |
|   INTERNAL REVENUE SERVICE* | 1,667.31 | 1,667.31 | 0.00 | 1,667.31 |
|     Acct: 9376 | | | | |
| | | | | 1,667.31 |
| **Unsecured** | | | | |
|   US BANK | 2,555.70 | 2,555.70 | 0.00 | 2,555.70 |
|     Acct: 9598 | | | | |
|   AES (AMERICAN EDUCATION SRVCS) | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| Unsecured | | | | | |
| | Acct: 19PA | | | | |
| | AES (AMERICAN EDUCATION SRVCS) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 19PA | | | | |
| | AES (AMERICAN EDUCATION SRVCS) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 19PA | | | | |
| | AES (AMERICAN EDUCATION SRVCS) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 19PA | | | | |
| | ECMC(*) | 3,659.31 | 3,243.08 | 0.00 | 3,243.08 |
| | Acct: 5541 | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES, LL | 3,238.40 | 2,870.04 | 0.00 | 2,870.04 |
| | Acct: 2883 | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES, LL | 1,260.79 | 1,117.38 | 0.00 | 1,117.38 |
| | Acct: 8725 | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES, LL | 5,929.70 | 5,255.21 | 0.00 | 5,255.21 |
| | Acct: 8196 | | | | |
| | JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | LVNV FUNDING LLC, ASSIGNEE | 7,550.52 | 6,691.67 | 0.00 | 6,691.67 |
| | Acct: 4351 | | | | |
| | CITIZENS BANK NA(*) | 3,307.41 | 2,931.20 | 0.00 | 2,931.20 |
| | Acct: 3162 | | | | |
| | QUANTUM3 GROUP LLC AGNT - MOMA FU | 1,479.32 | 1,311.05 | 0.00 | 1,311.05 |
| | Acct: 4833 | | | | |
| | QUANTUM3 GROUP LLC AGNT - MOMA FU | 5,252.73 | 4,655.25 | 0.00 | 4,655.25 |
| | Acct: 7437 | | | | |
| | QUANTUM3 GROUP LLC AGNT - MOMA FU | 338.78 | 300.24 | 0.00 | 300.24 |
| | Acct: 0483 | | | | |
| | COMENITY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | INTERNAL REVENUE SERVICE* | 107.15 | 94.96 | 0.00 | 94.96 |
| | Acct: 9376 | | | | |
| | CAPITAL ONE NA** | 737.34 | 653.47 | 0.00 | 653.47 |
| | Acct: 9499 | | | | |
| | LENDING CLUB CORP* | 25,976.94 | 23,022.12 | 0.00 | 23,022.12 |
| | Acct: 0374 | | | | |
| | LVNV FUNDING LLC, ASSIGNEE | 16,259.58 | 14,410.09 | 0.00 | 14,410.09 |
| | Acct: 1466 | | | | |
| | QUANTUM3 GROUP LLC AGNT - MOMA FU | 338.31 | 299.83 | 0.00 | 299.83 |
| | Acct: 5134 | | | | |
| | DEPARTMENT STORES NATIONAL BANK | 1,654.29 | 1,466.12 | 0.00 | 1,466.12 |
| | Acct: 8870 | | | | |
| | DEPARTMENT STORES NATIONAL BANK/ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4026 | | | | |
| | US DEPARTMENT OF EDUCATION/MOHEL | 24,330.22 | 21,562.71 | 0.00 | 21,562.71 |
| | Acct: 5541 | | | | |
| | ECMC(*) | 18,646.69 | 16,525.67 | 0.00 | 16,525.67 |
| | Acct: 9376 | | | | |
| | PAYPAL CREDIT++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5097 | | | | |
| | BILL ME LATER INC A/S/F SYNCHRONY BA | 3,123.63 | 2,768.32 | 0.00 | 2,768.32 |
| | Acct: 9011 | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES, LL | 7,625.03 | 6,757.70 | 0.00 | 6,757.70 |
| | Acct: 0603 | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES, LL | 6,459.36 | 5,724.62 | 0.00 | 5,724.62 |
| | Acct: 7037 | | | | |
| | QUANTUM3 GROUP LLC AGNT - MOMA FU | 3,913.11 | 3,468.00 | 0.00 | 3,468.00 |
| | Acct: 8335 | | | | |
| | QUANTUM3 GROUP LLC AGNT - MOMA FU | 1,294.21 | 1,147.00 | 0.00 | 1,147.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 3820 | | | | |
| QUANTUM3 GROUP LLC AGNT - MOMA FU | 977.65 | 866.45 | 0.00 | 866.45 |
| Acct: 8372 | | | | |
| QUANTUM3 GROUP LLC AGNT - MOMA FU | 3,330.29 | 2,951.48 | 0.00 | 2,951.48 |
| Acct: 8016 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3172 | | | | |
| ALLY BANK(*) | 2,625.26 | 2,326.65 | 0.00 | 2,326.65 |
| Acct: 0527 | | | | |
| PEOPLES NATURAL GAS CO LLC* | 299.24 | 265.21 | 0.00 | 265.21 |
| Acct: 0387 | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9771 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0463 | | | | |
| NANCY MURPHY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| AIS PORTFOLIO SERVICES (AMERICAN IN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CLIENT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| EGS FINANCIAL CARE++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| GC SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| SIMM ASSOC INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| UNITED COLLECTION BUREAU INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 135,241.22 |

| | | |
|---|---|---:|
| TOTAL PAID TO CREDITORS | | 266,509.98 |
| TOTAL CLAIMED | | |
| PRIORITY | 1,667.31 | |
| SECURED | 125,390.33 | |
| UNSECURED | 152,270.96 | |

Date: 11/23/2022

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
BERNARD F. MURPHY
JODI M. MURPHY
    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:17-23771 JAD

Chapter 13

Document No.:

ORDER OF COURT

AND NOW, this _____ day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-23771-JAD |
| Bernard F. Murphy | Chapter 13 |
| Jodi M. Murphy | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 5 |
| Date Rcvd: Nov 28, 2022 | Form ID: pdf900 | Total Noticed: 67 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++  Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 30, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Bernard F. Murphy, Jodi M. Murphy, 9817 South Tripp Avenue, Oak Lawn, IL 60453-3553 |
| r | + | Gloria Walker, Keller Williams Realty of N. Pittsburgh, 11269 Perry Higway, #300, Wexford, PA 15090-9388 |
| r | + | Megan M. Rummel, Clear Choice Enterprises, 723 E. Brady Street, Butler, PA 16001-4789 |
| r | + | Melissa Barker, Berkshire Hathaway HomeServices, 119 Mulone Drive, Sarver, PA 16055-8409 |
| 14696082 | + | Comenity/Trwrds, P.O. Box 182789, Columbus, OH 43218-2789 |
| 14696091 | + | Loan Depot, 26642 Towne Centre Drive, Foothill Ranch, CA 92610-2808 |
| 14696096 | + | Nancy Murphy, 10814 S. Maplewood, Chicago, IL 60655-1213 |
| 14696109 | + | US Bank/Great Lakes Higher Education, P.O. Box 7860, Madison, WI 53707-7860 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 28 2022 23:47:04 | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 28 2022 23:46:43 | Ally Financial, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | | Email/Text: ECMCBKNotices@ecmc.org | Nov 28 2022 23:44:00 | Educational Credit Management Corporation, PO BOX 16408, Saint Paul, MN 55116-0408 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Nov 28 2022 23:43:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| cr | + | Email/Text: bncmail@w-legal.com | Nov 28 2022 23:44:00 | Synchrony Bank, c/o Weinstein & Riley, P.S., 2001 Western Ave., Suite #400, Seattle, WA 98121-3132 |
| 14696072 | + | Email/Text: bncnotifications@pheaa.org | Nov 28 2022 23:44:00 | AES/PNC Bank, P.O. Box 61047, Harrisburg, PA 17106-1047 |
| 14707102 | | Email/Text: ally@ebn.phinsolutions.com | Nov 28 2022 23:43:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 14707074 | | Email/Text: ally@ebn.phinsolutions.com | Nov 28 2022 23:43:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 14696073 | + | Email/Text: ally@ebn.phinsolutions.com | Nov 28 2022 23:43:00 | Ally Financial, P.O. Box 380901, Minneapolis, MN 55438-0901 |
| 14696074 | + | Email/Text: BarclaysBankDelaware@tsico.com | Nov 28 2022 23:44:00 | Barclays Bank Delaware, P.O. Box 8803, Wilmington, DE 19899-8803 |
| 14696075 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 28 2022 23:46:39 | Capital One Bank, P.O. Box 5155, Norcross, GA 30091 |

Case 17-23771-JAD   Doc 181   Filed 11/30/22   Entered 12/01/22 00:25:18   Desc
Imaged Certificate of Notice   Page 7 of 10

| District/off: 0315-2 | User: auto | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Nov 28, 2022 | Form ID: pdf900 | Total Noticed: 67 |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14698598 | | Email/Text: Bankruptcy.RI@Citizensbank.com Nov 28 2022 23:43:00 | | Citizens Bank N.A., 1 Citizens Drive Mailstop ROP15B, Riverside, RI 02915 |
| 14728922 | | Email/PDF: bncnotices@becket-lee.com Nov 28 2022 23:46:50 | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14696077 | + | Email/PDF: Citi.BNC.Correspondence@citi.com Nov 28 2022 23:57:37 | | Citicards/Citibank, P.O. Box 6241, Sioux Falls, SD 57117-6241 |
| 14696078 | + | Email/Text: Bankruptcy.RI@Citizensbank.com Nov 28 2022 23:43:00 | | Citizens Bank, 1000 Lafayette Gill, Bridgeport, CT 06604-4725 |
| 14696079 | + | Email/Text: mediamanagers@clientservices.com Nov 28 2022 23:43:00 | | Client Services, Inc., 3451 Harry S. Truman Blvd., Saint Charles, MO 63301-9816 |
| 14696080 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Nov 28 2022 23:44:00 | | Comenity Bank/Victoria Secret, P.O. Box 182789, Columbus, OH 43218-2789 |
| 14761261 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Nov 28 2022 23:44:00 | | Comenity Capital Bank/Paypal Credit, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 14696081 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Nov 28 2022 23:44:00 | | Comenity Capital/Petland, P.O. Box 182120, Columbus, OH 43218-2120 |
| 14696093 | + | Email/PDF: Citi.BNC.Correspondence@citi.com Nov 28 2022 23:57:37 | | Macy's, P.O. Box 8218, Mason, OH 45040 |
| 14696094 | + | Email/PDF: Citi.BNC.Correspondence@citi.com Nov 28 2022 23:57:42 | | Macy's Visa, P.O. Box 8218, Mason, OH 45040-8218 |
| 14740693 | | Email/Text: bnc-quantum@quantum3group.com Nov 28 2022 23:44:00 | | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14696083 | + | Email/Text: egssupportservices@alorica.com Nov 28 2022 23:44:00 | | EGS Financial Care, Inc., 4740 Baxter Road, Virginia Beach, VA 23462-4484 |
| 14882852 | | Email/Text: ECMCBKNotices@ecmc.org Nov 28 2022 23:44:00 | | Educational Credit Management Corporation, PO Box 16408, St. Paul, MN 55116-0408 |
| 15490116 | | Email/Text: ECMCBKNotices@ecmc.org Nov 28 2022 23:44:00 | | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 551160408 |
| 14696084 | + | Email/PDF: gecsedi@recoverycorp.com Nov 28 2022 23:46:48 | | GC Services LP, P.O. Box 1389, Copperas Cove, TX 76522-5389 |
| 14756140 | + | Email/Text: ISAC.Bankruptcy@illinois.gov Nov 28 2022 23:43:00 | | Illinois Student Assistance Commission, 1755 Lake Cook Road, Deerfield, IL 60015-5209 |
| 14696085 | | Email/Text: sbse.cio.bnc.mail@irs.gov Nov 28 2022 23:44:00 | | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14696076 | | Email/PDF: ais.chase.ebn@aisinfo.com Nov 28 2022 23:46:32 | | Chase, P.O. Box 15298, Wilmington, DE 19850-5298 |
| 14696088 | | Email/Text: PBNCNotifications@peritusservices.com Nov 28 2022 23:43:00 | | Kohls Capone, P.O. Box 3115, Milwaukee, WI 53201-3115 |
| 14754935 | | Email/PDF: resurgentbknotifications@resurgent.com Nov 28 2022 23:57:30 | | LVNV Funding, LLC its successors and assigns as, assignee of FFPM Carmel Holdings I, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14755568 | | Email/PDF: resurgentbknotifications@resurgent.com Nov 28 2022 23:57:30 | | LVNV Funding, LLC its successors and assigns as, assignee of LendingClub Corporation, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14754979 | | Email/PDF: resurgentbknotifications@resurgent.com Nov 28 2022 23:47:18 | | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14696089 | + | Email/Text: bk@lendingclub.com Nov 28 2022 23:44:00 | | Lending Club, 71 Stevenson Street, Suite 300, San |

Case 17-23771-JAD   Doc 181   Filed 11/30/22   Entered 12/01/22 00:25:18   Desc
Imaged Certificate of Notice   Page 8 of 10

| District/off: 0315-2 | User: auto | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Nov 28, 2022 | Form ID: pdf900 | Total Noticed: 67 |

| | | | | |
|---|---|---|---|---|
| | | | | Francisco, CA 94105-2985 |
| 14760828 | + | Email/Text: BKelectronicnotices@cenlar.com | Nov 28 2022 23:44:00 | LoanDepot.com, LLC, c/o Cenlar FSB, 425 Phillips Boulevard, Ewing, NJ 08618-1430 |
| 14696092 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 28 2022 23:46:43 | Lumber Liquidators/Synch Bank, P.O. Box 960061, Orlando, FL 32896-0061 |
| 14696095 | | Email/Text: EBN@Mohela.com | Nov 28 2022 23:44:00 | Mohela/Dept. of Ed., 633 Spirit Drive, Chesterfield, MO 63005 |
| 14698173 | | Email/Text: EBN@Mohela.com | Nov 28 2022 23:44:00 | U S Dept of Education/MOHELA, 633 Spirit Drive, Chesterfield, Mo 63005 |
| 14696097 | + | Email/PDF: pa_dc_claims@navient.com | Nov 28 2022 23:46:43 | Navient, P.O. Box 9500, Wilkes Barre, PA 18773-9500 |
| 14713211 | + | Email/Text: bncnotifications@pheaa.org | Nov 28 2022 23:44:00 | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 14714978 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 28 2022 23:47:09 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14697105 | + | Email/PDF: rmscedi@recoverycorp.com | Nov 28 2022 23:57:30 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14696098 | | Email/PDF: gecsedi@recoverycorp.com | Nov 28 2022 23:47:05 | Paypal Credit, P.O. Box 105658, Atlanta, GA 30348-5658 |
| 14719573 | + | Email/Text: ebnpeoples@grblaw.com | Nov 28 2022 23:43:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 North Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 14759861 | | Email/Text: bnc-quantum@quantum3group.com | Nov 28 2022 23:44:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14696101 | | Email/PDF: gecsedi@recoverycorp.com | Nov 28 2022 23:47:03 | SYNCB/American Eagle, P.O. Box 965005, Orlando, FL 32896-5005 |
| 14953888 | + | Email/Text: bncmail@w-legal.com | Nov 28 2022 23:44:00 | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |
| 14696099 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 28 2022 23:57:41 | Sears/CBNA, P.O. Box 6283, Sioux Falls, SD 57117-6283 |
| 14696100 | | Email/PDF: clerical@simmassociates.com | Nov 28 2022 23:47:17 | Simm Associates Inc., P.O. Box 7526, Newark, DE 19714-7526 |
| 14696102 | | Email/PDF: gecsedi@recoverycorp.com | Nov 28 2022 23:47:17 | Synchrony Bank/Amazon, Attn: Bankruptcy Dept., P.O. Box 965015, Orlando, FL 32896-5015 |
| 14696103 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 28 2022 23:47:17 | Synchrony Bank/American Eagle, P.O. Box 965005, Orlando, FL 32896-5005 |
| 14696104 | | Email/PDF: gecsedi@recoverycorp.com | Nov 28 2022 23:47:17 | Synchrony Bank/JC Penney, P.O. Box 965007, Orlando, FL 32896-5007 |
| 14696105 | | Email/PDF: gecsedi@recoverycorp.com | Nov 28 2022 23:47:17 | Synchrony Bank/Sams Club, P.O. Box 960013, Orlando, FL 32896-0013 |
| 14696106 | | Email/PDF: gecsedi@recoverycorp.com | Nov 28 2022 23:47:17 | Synchrony Bank/Walmart, P.O. Box 965024, Orlando, FL 32896-5024 |
| 14696107 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Nov 28 2022 23:44:00 | Toyota Financial Services, 1111 W. 22nd St., Ste. 420, Oak Brook, IL 60523-1959 |
| 14740351 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Nov 28 2022 23:43:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 15380523 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Nov 28 2022 23:44:00 | US Bank, ATTN: Bankruptcy Department, 4801 Frederica Street, Owensboro, KY 4230 |
| 15380524 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Nov 28 2022 23:44:00 | US Bank, PO Box 64799, St. Paul, MN 55164 |

Case 17-23771-JAD    Doc 181    Filed 11/30/22    Entered 12/01/22 00:25:18    Desc
Imaged Certificate of Notice    Page 9 of 10

| District/off: 0315-2 | User: auto | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Nov 28, 2022 | Form ID: pdf900 | Total Noticed: 67 |

| 14696108 | + Email/Text: BAN5620@UCBINC.COM | | |
|---|---|---|---|
| | | Nov 28 2022 23:43:00 | United Collection Bureau Inc., 5620 Southwyck Blvd., Ste 206, Toledo, OH 43614-1501 |

TOTAL: 59

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | LoanDepot.com, LLC |
| cr | * | Educational Credit Management Corporation, PO Box 16408, St. Paul, MN 55116-0408 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14696087 | *+ | Internal Revenue Service, Insolvency Operation, Room 711B, 1000 Liberty Ave, Pittsburgh, PA 15222-4107 |
| 14696086 | *+ | Internal Revenue Service, Insolvency Operation, Room 711B, 1000 Liberty Avenue, Pittsburgh, PA 15222-4107 |
| 14696090 | *+ | Lending Club Corp., 71 Stevenson Street, Suite 300, San Francisco, CA 94105-2985 |
| 14716013 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |

TOTAL: 1 Undeliverable, 6 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 30, 2022        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 23, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor LoanDepot.com LLC bnicholas@kmllawgroup.com |
| Dai Rosenblum | on behalf of Joint Debtor Jodi M. Murphy dai@dairosenblumbankruptcy.com Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com |
| Dai Rosenblum | on behalf of Debtor Bernard F. Murphy dai@dairosenblumbankruptcy.com Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com |
| John Michael Quain, Jr. | on behalf of Creditor Educational Credit Management Corporation jquain@barley.com jfrench@barley.com |
| Maria Miksich | on behalf of Creditor LoanDepot.com LLC mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com Equitablebankruptcy@peoples-gas.com |

District/off: 0315-2  User: auto  Page 5 of 5
Date Rcvd: Nov 28, 2022  Form ID: pdf900  Total Noticed: 67
TOTAL: 8