| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Bernard F. Murphy<br>First Name    Middle Name    Last Name | Social Security number or ITIN  xxx–xx–9376<br>EIN  __–_____ |
| Debtor 2<br>(Spouse, if filing) | Jodi M. Murphy<br>First Name    Middle Name    Last Name | Social Security number or ITIN  xxx–xx–5541<br>EIN  __–_____ |
| United States Bankruptcy Court | WESTERN DISTRICT OF PENNSYLVANIA | |
| Case number: | 17–23771–JAD | |

## Order of Discharge                                                                                   12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Bernard F. Murphy                                       Jodi M. Murphy
                                                        fka Jodi M. Toy

1/10/23                                                 **By the court:** Jeffery A. Deller
                                                                         United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 17-23771-JAD
Bernard F. Murphy  Chapter 13
Jodi M. Murphy
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2  User: auto  Page 1 of 5
Date Rcvd: Jan 10, 2023  Form ID: 3180W  Total Noticed: 69

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 12, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Bernard F. Murphy, Jodi M. Murphy, 9817 South Tripp Avenue, Oak Lawn, IL 60453-3553 |
| r | + | Gloria Walker, Keller Williams Realty of N. Pittsburgh, 11269 Perry Higway, #300, Wexford, PA 15090-9388 |
| r | + | Megan M. Rummel, Clear Choice Enterprises, 723 E. Brady Street, Butler, PA 16001-4789 |
| r | + | Melissa Barker, Berkshire Hathaway HomeServices, 119 Mulone Drive, Sarver, PA 16055-8409 |
| 14696082 | + | Comenity/Trwrds, P.O. Box 182789, Columbus, OH 43218-2789 |
| 14696091 | + | Loan Depot, 26642 Towne Centre Drive, Foothill Ranch, CA 92610-2808 |
| 14696096 | + | Nancy Murphy, 10814 S. Maplewood, Chicago, IL 60655-1213 |
| 14696109 | + | US Bank/Great Lakes Higher Education, P.O. Box 7860, Madison, WI 53707-7860 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Jan 11 2023 04:54:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 11 2023 00:05:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Jan 11 2023 04:54:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 11 2023 00:05:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | EDI: AISACG.COM | Jan 11 2023 04:54:00 | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | EDI: AISACG.COM | Jan 11 2023 04:54:00 | Ally Financial, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | | Email/Text: ECMCBKNotices@ecmc.org | Jan 11 2023 00:05:00 | Educational Credit Management Corporation, PO BOX 16408, Saint Paul, MN 55116-0408 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Jan 11 2023 00:04:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| cr | + | Email/Text: bncmail@w-legal.com | Jan 11 2023 00:05:00 | Synchrony Bank, c/o Weinstein & Riley, P.S., 2001 Western Ave., Suite #400, Seattle, WA 98121-3132 |
| 14696072 | + | Email/Text: bncnotifications@pheaa.org | | |

| Recipient ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Jan 11 2023 00:04:00 | AES/PNC Bank, P.O. Box 61047, Harrisburg, PA 17106-1047 |
| 14707102 | | EDI: GMACFS.COM | Jan 11 2023 04:54:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 14707074 | | EDI: GMACFS.COM | Jan 11 2023 04:54:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 14696073 | + | EDI: GMACFS.COM | Jan 11 2023 04:54:00 | Ally Financial, P.O. Box 380901, Minneapolis, MN 55438-0901 |
| 14696074 | + | EDI: TSYS2 | Jan 11 2023 04:54:00 | Barclays Bank Delaware, P.O. Box 8803, Wilmington, DE 19899-8803 |
| 14696075 | | EDI: CAPITALONE.COM | Jan 11 2023 04:54:00 | Capital One Bank, P.O. Box 5155, Norcross, GA 30091 |
| 14698598 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jan 11 2023 00:04:00 | Citizens Bank N.A., 1 Citizens Drive Mailstop ROP15B, Riverside, RI 02915 |
| 14728922 | | Email/PDF: bncnotices@becket-lee.com | Jan 11 2023 00:23:32 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14696077 | + | EDI: CITICORP.COM | Jan 11 2023 04:54:00 | Citicards/Citibank, P.O. Box 6241, Sioux Falls, SD 57117-6241 |
| 14696078 | + | Email/Text: Bankruptcy.RI@Citizensbank.com | Jan 11 2023 00:04:00 | Citizens Bank, 1000 Lafayette Gill, Bridgeport, CT 06604-4725 |
| 14696079 | + | Email/Text: mediamanagers@clientservices.com | Jan 11 2023 00:04:00 | Client Services, Inc., 3451 Harry S. Truman Blvd., Saint Charles, MO 63301-9816 |
| 14696080 | + | EDI: WFNNB.COM | Jan 11 2023 04:54:00 | Comenity Bank/Victoria Secret, P.O. Box 182789, Columbus, OH 43218-2789 |
| 14761261 | + | EDI: WFNNB.COM | Jan 11 2023 04:54:00 | Comenity Capital Bank/Paypal Credit, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 14696081 | + | EDI: WFNNB.COM | Jan 11 2023 04:54:00 | Comenity Capital/Petland, P.O. Box 182120, Columbus, OH 43218-2120 |
| 14696093 | + | EDI: CITICORP.COM | Jan 11 2023 04:54:00 | Macy's, P.O. Box 8218, Mason, OH 45040 |
| 14696094 | + | EDI: CITICORP.COM | Jan 11 2023 04:54:00 | Macy's Visa, P.O. Box 8218, Mason, OH 45040-8218 |
| 14740693 | | EDI: Q3G.COM | Jan 11 2023 04:54:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14696083 | + | Email/Text: egssupportservices@alorica.com | Jan 11 2023 00:05:00 | EGS Financial Care, Inc., 4740 Baxter Road, Virginia Beach, VA 23462-4484 |
| 14882852 | | Email/Text: ECMCBKNotices@ecmc.org | Jan 11 2023 00:05:00 | Educational Credit Management Corporation, PO Box 16408, St. Paul, MN 55116-0408 |
| 15490116 | | Email/Text: ECMCBKNotices@ecmc.org | Jan 11 2023 00:05:00 | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 551160408 |
| 14696084 | + | EDI: RMSC.COM | Jan 11 2023 04:54:00 | GC Services LP, P.O. Box 1389, Copperas Cove, TX 76522-5389 |
| 14756140 | + | Email/Text: ISAC.Bankruptcy@illinois.gov | Jan 11 2023 00:04:00 | Illinois Student Assistance Commission, 1755 Lake Cook Road, Deerfield, IL 60015-5209 |
| 14696085 | | EDI: IRS.COM | Jan 11 2023 04:54:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14696076 | | EDI: JPMORGANCHASE | Jan 11 2023 04:54:00 | Chase, P.O. Box 15298, Wilmington, DE 19850-5298 |
| 14696088 | | Email/Text: PBNCNotifications@peritusservices.com | Jan 11 2023 00:04:00 | Kohls Capone, P.O. Box 3115, Milwaukee, WI |

Case 17-23771-JAD   Doc 184   Filed 01/12/23   Entered 01/13/23 00:32:45   Desc
Imaged Certificate of Notice   Page 5 of 7

| District/off: 0315-2 | User: auto | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Jan 10, 2023 | Form ID: 3180W | Total Noticed: 69 |

| | | | |
|---|---|---|---|
| 14754935 | Email/PDF: resurgentbknotifications@resurgent.com | Jan 11 2023 00:23:10 | 53201-3115 |
| | | | LVNV Funding, LLC its successors and assigns as, assignee of FFPM Carmel Holdings I, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14755568 | Email/PDF: resurgentbknotifications@resurgent.com | Jan 11 2023 00:10:08 | LVNV Funding, LLC its successors and assigns as, assignee of LendingClub Corporation, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14754979 | Email/PDF: resurgentbknotifications@resurgent.com | Jan 11 2023 00:23:21 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14696089 | + Email/Text: bk@lendingclub.com | Jan 11 2023 00:05:00 | Lending Club, 71 Stevenson Street, Suite 300, San Francisco, CA 94105-2985 |
| 14760828 | + Email/Text: BKelectronicnotices@cenlar.com | Jan 11 2023 00:04:00 | LoanDepot.com, LLC, c/o Cenlar FSB, 425 Phillips Boulevard, Ewing, NJ 08618-1430 |
| 14696092 | + EDI: RMSC.COM | Jan 11 2023 04:54:00 | Lumber Liquidators/Synch Bank, P.O. Box 960061, Orlando, FL 32896-0061 |
| 14696095 | Email/Text: EBN@Mohela.com | Jan 11 2023 00:04:00 | Mohela/Dept. of Ed., 633 Spirit Drive, Chesterfield, MO 63005 |
| 14698173 | Email/Text: EBN@Mohela.com | Jan 11 2023 00:04:00 | U S Dept of Education/MOHELA, 633 Spirit Drive, Chesterfield, Mo 63005 |
| 14696097 | + EDI: NAVIENTFKASMSERV.COM | Jan 11 2023 04:54:00 | Navient, P.O. Box 9500, Wilkes Barre, PA 18773-9500 |
| 14713211 | + Email/Text: bncnotifications@pheaa.org | Jan 11 2023 00:04:00 | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 14714978 | EDI: PRA.COM | Jan 11 2023 04:54:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14697105 | + EDI: RECOVERYCORP.COM | Jan 11 2023 04:54:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14696098 | EDI: RMSC.COM | Jan 11 2023 04:54:00 | Paypal Credit, P.O. Box 105658, Atlanta, GA 30348-5658 |
| 14719573 | + Email/Text: ebnpeoples@grblaw.com | Jan 11 2023 00:04:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 North Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 14759861 | EDI: Q3G.COM | Jan 11 2023 04:54:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14696101 | EDI: RMSC.COM | Jan 11 2023 04:54:00 | SYNCB/American Eagle, P.O. Box 965005, Orlando, FL 32896-5005 |
| 14953888 | + Email/Text: bncmail@w-legal.com | Jan 11 2023 00:05:00 | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |
| 14696099 | + EDI: CITICORP.COM | Jan 11 2023 04:54:00 | Sears/CBNA, P.O. Box 6283, Sioux Falls, SD 57117-6283 |
| 14696100 | Email/PDF: clerical@simmassociates.com | Jan 11 2023 00:10:04 | Simm Associates Inc., P.O. Box 7526, Newark, DE 19714-7526 |
| 14696102 | EDI: RMSC.COM | Jan 11 2023 04:54:00 | Synchrony Bank/Amazon, Attn: Bankruptcy Dept., P.O. Box 965015, Orlando, FL 32896-5015 |
| 14696103 | + EDI: RMSC.COM | Jan 11 2023 04:54:00 | Synchrony Bank/American Eagle, P.O. Box 965005, Orlando, FL 32896-5005 |
| 14696104 | EDI: RMSC.COM | Jan 11 2023 04:54:00 | Synchrony Bank/JC Penney, P.O. Box 965007, Orlando, FL 32896-5007 |

| District/off: 0315-2 | User: auto | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Jan 10, 2023 | Form ID: 3180W | Total Noticed: 69 |

| Recip ID | Bypass method | Date/Time | Name and Address |
|---|---|---|---|
| 14696105 | EDI: RMSC.COM | Jan 11 2023 04:54:00 | Synchrony Bank/Sams Club, P.O. Box 960013, Orlando, FL 32896-0013 |
| 14696106 | EDI: RMSC.COM | Jan 11 2023 04:54:00 | Synchrony Bank/Walmart, P.O. Box 965024, Orlando, FL 32896-5024 |
| 14696107 | + Email/Text: TFS_Agency_Bankruptcy@toyota.com | Jan 11 2023 00:05:00 | Toyota Financial Services, 1111 W. 22nd St., Ste. 420, Oak Brook, IL 60523-1959 |
| 14740351 | + Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Jan 11 2023 00:04:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 15380523 | EDI: USBANKARS.COM | Jan 11 2023 04:54:00 | US Bank, ATTN: Bankruptcy Department, 4801 Frederica Street, Owensboro, KY 4230 |
| 15380524 | EDI: USBANKARS.COM | Jan 11 2023 04:54:00 | US Bank, PO Box 64799, St. Paul, MN 55164 |
| 14696108 | + Email/Text: BAN5620@UCBINC.COM | Jan 11 2023 00:04:00 | United Collection Bureau Inc., 5620 Southwyck Blvd., Ste 206, Toledo, OH 43614-1501 |

TOTAL: 63

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | LoanDepot.com, LLC |
| cr | * | Educational Credit Management Corporation, PO Box 16408, St. Paul, MN 55116-0408 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14696087 | *+ | Internal Revenue Service, Insolvency Operation, Room 711B, 1000 Liberty Ave, Pittsburgh, PA 15222-4107 |
| 14696086 | *+ | Internal Revenue Service, Insolvency Operation, Room 711B, 1000 Liberty Avenue, Pittsburgh, PA 15222-4107 |
| 14696090 | *+ | Lending Club Corp., 71 Stevenson Street, Suite 300, San Francisco, CA 94105-2985 |
| 14716013 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |

TOTAL: 1 Undeliverable, 6 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 12, 2023            Signature:            /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 10, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor LoanDepot.com LLC bnicholas@kmllawgroup.com |
| Dai Rosenblum | on behalf of Joint Debtor Jodi M. Murphy dai@dairosenblumbankruptcy.com Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com |
| Dai Rosenblum | |

| District/off: 0315-2 | User: auto | Page 5 of 5 |
|---|---|---|
| Date Rcvd: Jan 10, 2023 | Form ID: 3180W | Total Noticed: 69 |

        on behalf of Debtor Bernard F. Murphy dai@dairosenblumbankruptcy.com Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com

John Michael Quain, Jr.
        on behalf of Creditor Educational Credit Management Corporation jquain@barley.com  jfrench@barley.com

Maria Miksich
        on behalf of Creditor LoanDepot.com  LLC mmiksich@kmllawgroup.com

Office of the United States Trustee
        ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
        cmecf@chapter13trusteewdpa.com

S. James Wallace
        on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com

TOTAL: 8