IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

FILED
1/10/23 3:14 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
BERNARD F. MURPHY
JODI M. MURPHY
    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:17-23771 JAD

Chapter 13

Related to ECF No. 178

**DEFAULT O/E JAD**

ORDER OF COURT

AND NOW, this 10th day of January, 2023, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____  jah
JEFFERY A. DELLER
UNITED STATES BANRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-23771-JAD |
| Bernard F. Murphy | Chapter 13 |
| Jodi M. Murphy | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 5 |
| Date Rcvd: Jan 10, 2023 | Form ID: pdf900 | Total Noticed: 67 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 12, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Bernard F. Murphy, Jodi M. Murphy, 9817 South Tripp Avenue, Oak Lawn, IL 60453-3553 |
| r | + | Gloria Walker, Keller Williams Realty of N. Pittsburgh, 11269 Perry Higway, #300, Wexford, PA 15090-9388 |
| r | + | Megan M. Rummel, Clear Choice Enterprises, 723 E. Brady Street, Butler, PA 16001-4789 |
| r | + | Melissa Barker, Berkshire Hathaway HomeServices, 119 Mulone Drive, Sarver, PA 16055-8409 |
| 14696082 | + | Comenity/Trwrds, P.O. Box 182789, Columbus, OH 43218-2789 |
| 14696091 | + | Loan Depot, 26642 Towne Centre Drive, Foothill Ranch, CA 92610-2808 |
| 14696096 | + | Nancy Murphy, 10814 S. Maplewood, Chicago, IL 60655-1213 |
| 14696109 | + | US Bank/Great Lakes Higher Education, P.O. Box 7860, Madison, WI 53707-7860 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 11 2023 00:09:19 | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 11 2023 00:09:19 | Ally Financial, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | | Email/Text: ECMCBKNotices@ecmc.org | Jan 11 2023 00:05:00 | Educational Credit Management Corporation, PO BOX 16408, Saint Paul, MN 55116-0408 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Jan 11 2023 00:04:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| cr | + | Email/Text: bncmail@w-legal.com | Jan 11 2023 00:05:00 | Synchrony Bank, c/o Weinstein & Riley, P.S., 2001 Western Ave., Suite #400, Seattle, WA 98121-3132 |
| 14696072 | + | Email/Text: bncnotifications@pheaa.org | Jan 11 2023 00:04:00 | AES/PNC Bank, P.O. Box 61047, Harrisburg, PA 17106-1047 |
| 14707102 | | Email/Text: ally@ebn.phinsolutions.com | Jan 11 2023 00:04:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 14707074 | | Email/Text: ally@ebn.phinsolutions.com | Jan 11 2023 00:04:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 14696073 | + | Email/Text: ally@ebn.phinsolutions.com | Jan 11 2023 00:04:00 | Ally Financial, P.O. Box 380901, Minneapolis, MN 55438-0901 |
| 14696074 | + | Email/Text: BarclaysBankDelaware@tsico.com | Jan 11 2023 00:05:00 | Barclays Bank Delaware, P.O. Box 8803, Wilmington, DE 19899-8803 |
| 14696075 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 11 2023 00:10:03 | Capital One Bank, P.O. Box 5155, Norcross, GA 30091 |

| District/off: 0315-2 | User: auto | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Jan 10, 2023 | Form ID: pdf900 | Total Noticed: 67 |

| | | | | |
|---|---|---|---|---|
| 14698598 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jan 11 2023 00:04:00 | Citizens Bank N.A., 1 Citizens Drive Mailstop ROP15B, Riverside, RI 02915 |
| 14728922 | | Email/PDF: bncnotices@becket-lee.com | Jan 11 2023 00:23:11 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14696077 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 11 2023 00:23:32 | Citicards/Citibank, P.O. Box 6241, Sioux Falls, SD 57117-6241 |
| 14696078 | + | Email/Text: Bankruptcy.RI@Citizensbank.com | Jan 11 2023 00:04:00 | Citizens Bank, 1000 Lafayette Gill, Bridgeport, CT 06604-4725 |
| 14696079 | + | Email/Text: mediamanagers@clientservices.com | Jan 11 2023 00:04:00 | Client Services, Inc., 3451 Harry S. Truman Blvd., Saint Charles, MO 63301-9816 |
| 14696080 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 11 2023 00:05:00 | Comenity Bank/Victoria Secret, P.O. Box 182789, Columbus, OH 43218-2789 |
| 14761261 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 11 2023 00:05:00 | Comenity Capital Bank/Paypal Credit, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 14696081 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 11 2023 00:05:00 | Comenity Capital/Petland, P.O. Box 182120, Columbus, OH 43218-2120 |
| 14696093 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 11 2023 00:10:07 | Macy's, P.O. Box 8218, Mason, OH 45040 |
| 14696094 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 11 2023 00:09:55 | Macy's Visa, P.O. Box 8218, Mason, OH 45040-8218 |
| 14740693 | | Email/Text: bnc-quantum@quantum3group.com | Jan 11 2023 00:05:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14696083 | + | Email/Text: egssupportservices@alorica.com | Jan 11 2023 00:05:00 | EGS Financial Care, Inc., 4740 Baxter Road, Virginia Beach, VA 23462-4484 |
| 14882852 | | Email/Text: ECMCBKNotices@ecmc.org | Jan 11 2023 00:05:00 | Educational Credit Management Corporation, PO Box 16408, St. Paul, MN 55116-0408 |
| 15490116 | | Email/Text: ECMCBKNotices@ecmc.org | Jan 11 2023 00:05:00 | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 551160408 |
| 14696084 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 11 2023 00:09:44 | GC Services LP, P.O. Box 1389, Copperas Cove, TX 76522-5389 |
| 14756140 | + | Email/Text: ISAC.Bankruptcy@illinois.gov | Jan 11 2023 00:04:00 | Illinois Student Assistance Commission, 1755 Lake Cook Road, Deerfield, IL 60015-5209 |
| 14696085 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 11 2023 00:05:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14696076 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 11 2023 00:09:43 | Chase, P.O. Box 15298, Wilmington, DE 19850-5298 |
| 14696088 | | Email/Text: PBNCNotifications@peritusservices.com | Jan 11 2023 00:04:00 | Kohls Capone, P.O. Box 3115, Milwaukee, WI 53201-3115 |
| 14754935 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 11 2023 00:10:08 | LVNV Funding, LLC its successors and assigns as, assignee of FFPM Carmel Holdings I, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14755568 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 11 2023 00:23:10 | LVNV Funding, LLC its successors and assigns as, assignee of LendingClub Corporation, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14754979 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 11 2023 00:23:10 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14696089 | + | Email/Text: bk@lendingclub.com | Jan 11 2023 00:05:00 | Lending Club, 71 Stevenson Street, Suite 300, San |

Case 17-23771-JAD    Doc 185    Filed 01/12/23    Entered 01/13/23 00:32:45    Desc
Imaged Certificate of Notice    Page 4 of 6

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 3 of 5 |
| Date Rcvd: Jan 10, 2023 | Form ID: pdf900 | Total Noticed: 67 |

| | | | | |
|---|---|---|---|---|
| | | | | Francisco, CA 94105-2985 |
| 14760828 | + | Email/Text: BKelectronicnotices@cenlar.com | Jan 11 2023 00:04:00 | LoanDepot.com, LLC, c/o Cenlar FSB, 425 Phillips Boulevard, Ewing, NJ 08618-1430 |
| 14696092 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 11 2023 00:09:18 | Lumber Liquidators/Synch Bank, P.O. Box 960061, Orlando, FL 32896-0061 |
| 14696095 | | Email/Text: EBN@Mohela.com | Jan 11 2023 00:04:00 | Mohela/Dept. of Ed., 633 Spirit Drive, Chesterfield, MO 63005 |
| 14698173 | | Email/Text: EBN@Mohela.com | Jan 11 2023 00:04:00 | U S Dept of Education/MOHELA, 633 Spirit Drive, Chesterfield, Mo 63005 |
| 14696097 | + | Email/PDF: pa_dc_claims@navient.com | Jan 11 2023 00:10:06 | Navient, P.O. Box 9500, Wilkes Barre, PA 18773-9500 |
| 14713211 | + | Email/Text: bncnotifications@pheaa.org | Jan 11 2023 00:04:00 | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 14714978 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 11 2023 00:10:07 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14697105 | + | Email/PDF: rmscedi@recoverycorp.com | Jan 11 2023 00:10:08 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14696098 | | Email/PDF: gecsedi@recoverycorp.com | Jan 11 2023 00:10:03 | Paypal Credit, P.O. Box 105658, Atlanta, GA 30348-5658 |
| 14719573 | + | Email/Text: ebnpeoples@grblaw.com | Jan 11 2023 00:04:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 North Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 14759861 | | Email/Text: bnc-quantum@quantum3group.com | Jan 11 2023 00:05:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14696101 | | Email/PDF: gecsedi@recoverycorp.com | Jan 11 2023 00:09:18 | SYNCB/American Eagle, P.O. Box 965005, Orlando, FL 32896-5005 |
| 14953888 | + | Email/Text: bncmail@w-legal.com | Jan 11 2023 00:05:00 | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |
| 14696099 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 11 2023 00:09:33 | Sears/CBNA, P.O. Box 6283, Sioux Falls, SD 57117-6283 |
| 14696100 | | Email/PDF: clerical@simmassociates.com | Jan 11 2023 00:10:04 | Simm Associates Inc., P.O. Box 7526, Newark, DE 19714-7526 |
| 14696102 | | Email/PDF: gecsedi@recoverycorp.com | Jan 11 2023 00:09:18 | Synchrony Bank/Amazon, Attn: Bankruptcy Dept., P.O. Box 965015, Orlando, FL 32896-5015 |
| 14696103 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 11 2023 00:10:04 | Synchrony Bank/American Eagle, P.O. Box 965005, Orlando, FL 32896-5005 |
| 14696104 | | Email/PDF: gecsedi@recoverycorp.com | Jan 11 2023 00:09:46 | Synchrony Bank/JC Penney, P.O. Box 965007, Orlando, FL 32896-5007 |
| 14696105 | | Email/PDF: gecsedi@recoverycorp.com | Jan 11 2023 00:09:46 | Synchrony Bank/Sams Club, P.O. Box 960013, Orlando, FL 32896-0013 |
| 14696106 | | Email/PDF: gecsedi@recoverycorp.com | Jan 11 2023 00:09:46 | Synchrony Bank/Walmart, P.O. Box 965024, Orlando, FL 32896-5024 |
| 14696107 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Jan 11 2023 00:05:00 | Toyota Financial Services, 1111 W. 22nd St., Ste. 420, Oak Brook, IL 60523-1959 |
| 14740351 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Jan 11 2023 00:04:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 15380523 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Jan 11 2023 00:05:00 | US Bank, ATTN: Bankruptcy Department, 4801 Frederica Street, Owensboro, KY 4230 |
| 15380524 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Jan 11 2023 00:05:00 | US Bank, PO Box 64799, St. Paul, MN 55164 |

Case 17-23771-JAD    Doc 185    Filed 01/12/23    Entered 01/13/23 00:32:45    Desc
Imaged Certificate of Notice    Page 5 of 6

| District/off: 0315-2 | User: auto | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Jan 10, 2023 | Form ID: pdf900 | Total Noticed: 67 |

| 14696108 | + Email/Text: BAN5620@UCBINC.COM | | |
|---|---|---|---|
| | | Jan 11 2023 00:04:00 | United Collection Bureau Inc., 5620 Southwyck Blvd., Ste 206, Toledo, OH 43614-1501 |

TOTAL: 59

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | LoanDepot.com, LLC |
| cr | * | Educational Credit Management Corporation, PO Box 16408, St. Paul, MN 55116-0408 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14696087 | *+ | Internal Revenue Service, Insolvency Operation, Room 711B, 1000 Liberty Ave, Pittsburgh, PA 15222-4107 |
| 14696086 | *+ | Internal Revenue Service, Insolvency Operation, Room 711B, 1000 Liberty Avenue, Pittsburgh, PA 15222-4107 |
| 14696090 | *+ | Lending Club Corp., 71 Stevenson Street, Suite 300, San Francisco, CA 94105-2985 |
| 14716013 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |

TOTAL: 1 Undeliverable, 6 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 12, 2023             Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 10, 2023 at the address(es) listed below:

**Name**                  **Email Address**

Brian Nicholas
    on behalf of Creditor LoanDepot.com  LLC bnicholas@kmllawgroup.com

Dai Rosenblum
    on behalf of Joint Debtor Jodi M. Murphy dai@dairosenblumbankruptcy.com Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com

Dai Rosenblum
    on behalf of Debtor Bernard F. Murphy dai@dairosenblumbankruptcy.com Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com

John Michael Quain, Jr.
    on behalf of Creditor Educational Credit Management Corporation jquain@barley.com  jfrench@barley.com

Maria Miksich
    on behalf of Creditor LoanDepot.com  LLC mmiksich@kmllawgroup.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com

District/off: 0315-2 User: auto Page 5 of 5
Date Rcvd: Jan 10, 2023 Form ID: pdf900 Total Noticed: 67
TOTAL: 8